```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JESSE C. SMITH, State Bar #122517
    Chief Assistant City Attorney
 3  RONALD P. FLYNN, State Bar #184186
    Chief Deputy City Attorney
 4  YVONNE R. MERÉ, State Bar #173594
    Chief of Complex and Affirmative Litigation
 5  CHRISTINE VAN AKEN, State Bar #241755
    TARA M. STEELEY, State Bar #231775
 6  MOLLIE M. LEE, State Bar #251404
    AILEEN M. McGRATH, State Bar #280846
 7  Deputy City Attorneys
    City Hall, Room 234
 8  1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4602
 9  Telephone:    (415) 554-4748
    Facsimile:    (415) 554-4715
10  E-Mail:       brittany.feitelberg@sfgov.org

11  Attorneys for Plaintiff
    CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 4:17-CV-04642 |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Trial Date: Not set |
| JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100, | |
| Defendants. | |

# PROOF OF SERVICE

I, Catheryn M. Daly, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 18, 2017, I served the following document(s):

- **Summons**
- **Complaint for Declaratory and Injunctive Relief, CCSF v. Jefferson B. Sessions III, 3-17-cv-04642 SBA**
- **Standing Order For All Judges Of The Northern District Of California**
- **Judge Armstrong's Civil Pre-trial Order**
- **Judge Armstrong's CMC Order**
- **U.S. District Court Northern California – ECF Registration Information Handout**
- **Order Setting Initial Case Management Conference and ADR Deadlines**

on the following persons at the locations specified:

| | |
|---|---|
| JEFFERSON B. SESSIONS III<br>Attorney General of the United States<br>Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | ALAN R. HANSON<br>Acting Assist. Attorney General of the United States<br>Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

in the manner indicated below:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:
Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s), with postage fully prepaid and deposited them at United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 22, 2017, at San Francisco, California.

*Catheryn M. Daly*
Catheryn M. Daly

# PROOF OF SERVICE

I, Catheryn M. Daly, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 18, 2017, I served the following document(s):

- **Summons to JEFFERSON B. SESSIONS III, ALAN R. HANSON, United States Department of Justice**
- **Complaint for Declaratory and Injunctive Relief, CCSF v. Jefferson B. Sessions III, 3-17-cv-04642 SBA**
- **Standing Order For All Judges Of The Northern District Of California**
- **Judge Armstrong's Civil Pre-trial Order**
- **Judge Armstrong's CMC Order**
- **U.S. District Court Northern California – ECF Registration Information Handout**
- **Order Setting Initial Case Management Conference and ADR Deadlines**

on the following persons at the locations specified:

Brian Stretch
United States Attorney
United States Attorneys Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

☒ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and delivered them by hand at the above location.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 22, 2017, at San Francisco, California.



Catheryn M. Daly