UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, EX REL. XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS, et al.,<br><br>Defendants. | Case No. 17-cv-04701-WHO<br><br>**ORDER REGARDING AMICUS BRIEFING** |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS, et al.,<br><br>Defendants. | Case No. 17-cv-04642-WHO<br><br>**ORDER REGARDING AMICUS BRIEFING** |

The Court has received inquiries about procedures and preferences with respect to requests for leave to file amicus briefs regarding plaintiffs' motions. Persons wishing to file an amicus brief shall:

- File an administrative motion for leave to file an amicus brief, including as an attachment the amicus brief;
- File all administrative motions and attached amicus briefs no less than 14 days prior to the applicable motio hearing;

- Include in the administrative motion for leave: (A) a concise statement of the identity of the amicus curiae; (B) the movant's interest; and (C) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the issues before the Court;

- Not file a proposed amicus brief in excess of twelve (12) pages in length;

- File all documents electronically through the court's Electronic Case Filing system. That will require any attorneys signing the motions and briefs to be or become ECF Users and be assigned user IDs and passwords for access to the system. Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov;

Attorneys admitted to practice and in good standing in any United States District Court are hereby authorized to file a motion for leave to file an amicus brief and the attached amicus brief. An application to appear by pro hac vice for this limited purpose is not required; and the requirements of Northern District of California Local Rule 11-3 are waived, including assistance of local counsel.

The Court will take the administrative motions for leave under submission and, if granted, will consider the briefs. Amici curie will not be allowed to address the Court during the oral argument absent further order from the Court.

**IT IS SO ORDERED.**

Dated: November 20, 2017

WILLIAM H. ORRICK
United States District Judge