UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 21, 2017 | **Time:** 2:39 - 2:59<br>= 20 minutes | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**:<br>17-cv-04642-WHO<br>17-cv-04701-WHO | **Case Names:**<br>City and County of San Francisco v. Sessions, et al<br>State of California v. Sessions, et al | |

**Attorney for Plaintiff (CCSF):** Aileen McGrath; Mollie Lee
**Attorney for Plaintiff (State of CA):** Lisa Ehrlich; Sarah Belton; Lee Sherman
**Attorney for Defendant:** Antonia Konkoly; W. Scott Simpson (By Phone)

**Deputy Clerk:** Tracy Geiger                **FTR Recording:** 2:39 - 2:59

## PROCEEDINGS

**Initial Case Management Conference**

**The Court adopted the trial schedule proposed by the State of California.**

**PRETRIAL SCHEDULE:**

**Fact discovery cutoff: June 29, 2018**
**Dispositive Motions heard by: September 5, 2018 at 2:00 p.m.**
**Pretrial Conference: November 13, 2018 at 2:00 p.m.**
**Bench Trial: December 10, 2018 at 9:00 a.m.**

**Order to be prepared by:**
[ ]    Plaintiff              [ ]    Defendant            [X]    Court

Notes:

Counsel for CCSF proposes to voluntarily dismiss Count One, without prejudice, from the Executive Order case and incorporate the claim in an amended complaint in the instant case. The amended complaint would be filed on December 4, 2017, in lieu of a response to the defendants' motion for summary judgment. This appears to the Court to be a sensible way to address the issues. Parties to meet and confer after the defendants have the opportunity to consider the proposal.