DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>　　　Defendants. | Case No. 3:17-CV-04642-WHO<br><br>**STIPULATION AND ORDER TO SET UPCOMING DEADLINES**<br><br>Date Filed:　　August 11, 2017<br>Trial Date:　　December 10, 2018 |

Stipulation and Order;
Case No.  3:17-CV-04642-WHO

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_city_and_county_of_san_francisco_v_sessions\17-cv-04642-who-proposed_order_to_set_upcoming_deadlines.docx

WHEREAS, Plaintiff CITY AND COUNTY OF SAN FRANCISCO ("Plaintiff") is currently required to respond to Defendants' Motion for Summary Judgment in this matter by December 4, 2017;

WHEREAS, Plaintiff will respond to Defendants' Motion for Summary Judgment by filing an Amended Complaint;

WHEREAS, Plaintiff requires additional time, until December 12, 2017, to prepare an adequate Amended Complaint;

WHEREAS, Defendants require additional time, until January 19, 2018, to prepare an adequate response to Plaintiff's Amended Complaint;

WHEREAS, the parties agree that additional time, until July 31, 2018, is required to conduct any fact discovery that may be necessary in this matter;

WHEREAS, extending the deadline for fact discovery will not impact the subsequent scheduling deadlines already set in this case;

NOW THEREFORE, the parties hereby stipulate that they will adhere to the following schedule for the filing and briefing of Plaintiff's Amended Complaint and the close of fact discovery, and respectfully request that the Court so order:

- December 12, 2017: Deadline for Plaintiff to file Amended Complaint
- January 19, 2018: Deadline for Defendants' response to Plaintiff's Amended Complaint
- February 28, 2018: Hearing date for Defendants' response to Plaintiff's Amended Complaint
- July 31, 2018: Close of fact discovery

//
//
//
//
//
//

//

Respectfully submitted,

| Dated: December 1, 2017 | Dated: December 1, 2017 |
|---|---|
| CHAD A. READLER<br>Principal Deputy Assistant Attorney General | DENNIS J. HERRERA<br>City Attorney |
| By:  */s/ W. Scott Simpson*<br>    W. SCOTT SIMPSON (Va. Bar #27487)<br>    Senior Trial Counsel | By:  */s/ Aileen M. McGrath*<br>    AILEEN M. McGRATH<br>    Deputy City Attorney |
| Attorneys for Defendants<br>JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE | Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO |

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Telephone:  (202) 514-3495
Facsimile:  (202) 616-8470
Email:  scott.simpson@usdoj.gov

## **ATTESTATION OF SIGNATURES**

I, Aileen M. McGrath, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

 */s/ Aileen M. McGrath*
Aileen M. McGrath
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

# ORDER

Based on the written stipulation of the parties and good cause appearing therefore, I find that Plaintiff's deadline to file an Amended Complaint in response to Defendants' Motion for Summary Judgment shall be extended until December 12, 2017. Defendants' deadline to file a response to Plaintiff's Amended Complaint shall be January 19, 2018. Any hearing on Defendants' response to Plaintiff's Amended Complaint shall be February 28, 2018. The deadline for the close of fact discovery shall be extended until July 31, 2018.

**IT IS SO ORDERED.**

DATED: December 4, 2017

_____
Hon. William H. Orrick
United States District Judge

Stipulation and Order;
Case No. 3:17-CV-04642-WHO

4

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_city_and_county_of_san_francisco_v_sessions\17-cv-04642-who-proposed_order_to_set_upcoming_deadlines.docx