CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:      (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Plaintiff,<br>      v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, *et al.*, | No. 3:17-cv-04642-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER** |

     WHEREAS, defendants' response to plaintiff's First Amended Complaint is due on January 19, 2018, and defendants anticipate filing a motion to dismiss;

     WHEREAS, defendants require more than the 25 pages permitted by the Local Rules to address all of the issues adequately, and plaintiff anticipates needing more than 25 pages to respond to defendants' motion;

NOW THEREFORE, the parties hereby stipulate that defendants may file a motion to dismiss up to 28 pages in length and that plaintiff may file an opposition to defendants' motion up to 28 pages in length, and respectfully request that the Court so order.

Respectfully submitted,

DENNIS J. HERRERA (CA Bar #139669)
City Attorney

JESSE C. SMITH (CA Bar #122517)
Chief Assistant City Attorney

RONALD P. FLYNN (CA Bar #184186)
Chief Deputy City Attorney

YVONNE R. MERÉ (CA Bar #173594)
Chief of Complex and Affirmative Litigation

/s/ Aileen M. McGrath
_____
CHRISTINE VAN AKEN (CA Bar #241755)
TARA M. STEELEY (CA Bar #231775)
MOLLIE M. LEE (CA Bar #251404)
SARA J. EISENBERG (CA Bar #269303)
AILEEN M. McGRATH, (CA Bar #280846)
Deputy City Attorneys

City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:      (415) 554-4748
Facsimile:       (415) 554-4715
E-Mail:           brittany.feitelberg@sfgov.org

COUNSEL FOR PLAINTIFF
CITY AND COUNTY OF SAN
FRANCISCO

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:      (202) 514-3495
Facsimile:       (202) 616-8470
E-mail:           scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS
JEFFERSON B. SESSIONS III, Attorney
General of the United States; ALAN R.
HANSON, Principal Deputy Assistant
Attorney General; and U.S. DEPART-
MENT OF JUSTICE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2017

_____
WILLIAM H. ORRICK
United States District Judge