| | |
|---|---|
| 1 | CHAD A. READLER |
| 2 | Acting Assistant Attorney General |
|   | ALEX G. TSE |
| 3 | Acting United States Attorney |
|   | JOHN R. TYLER |
| 4 | Assistant Director |
|   | W. SCOTT SIMPSON (Va. Bar #27487) |
| 5 | Senior Trial Counsel |
| 6 | Department of Justice, Room 7210 |
|   | Civil Division, Federal Programs Branch |
| 7 | 20 Massachusetts Avenue, NW |
|   | Washington, D.C. 20530 |
| 8 | Telephone:   (202) 514-3495 |
|   | Facsimile:    (202) 616-8470 |
| 9 | E-mail:         scott.simpson@usdoj.gov |
| 10 | COUNSEL FOR DEFENDANTS |
|    | *(See signature page for parties represented.)* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | | No. 3:17-cv-04642-WHO |
| Plaintiff, | | |
| v. | | **STIPULATION AND ORDER** |
| JEFFERSON B. SESSIONS III, Attorney General of the United States, *et al.*, | | |

WHEREAS, the Court entered an order on December 4, 2017, that required defendants to file a response to plaintiff's First Amended Complaint no later than January 19, 2018, but did not otherwise set a briefing schedule on any dispositive motion (Dkt. No. 60);

WHEREAS, defendants filed their motion to dismiss the First Amended Complaint on January 19, 2018 (Dkt. No. 66), and plaintiff filed its opposition on February 2, 2018 (Dkt. No. 67), such that defendants' reply is currently due February 9, 2018, pursuant to Local Civil Rule 7-3(c);

Stipulation and [Proposed] Order
No. 3:17-cv-04642-WHO

1    WHEREAS, because of the press of responsibilities in other cases, undersigned counsel
2 for defendants requires a few additional days to prepare defendants' reply;
3    WHEREAS, given that oral argument in this case is scheduled for February 28, 2018, an
4 extension of a few days in defendants' reply date will not affect preparations for the argument;
5    NOW THEREFORE, the parties hereby stipulate that defendants' reply in support of their
6 motion to dismiss shall be filed no later than February 14, 2018, and respectfully request that the
7 Court so order.

8                                  Respectfully submitted,

| | |
|---|---|
| DENNIS J. HERRERA (CA Bar #139669)<br>City Attorney | CHAD A. READLER<br>Acting Assistant Attorney General |
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney | ALEX G. TSE<br>Acting United States Attorney |
| RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney | JOHN R. TYLER<br>Assistant Director |
| YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation | /s/ W. Scott Simpson |
| /s/ Aileen M. McGrath | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| CHRISTINE VAN AKEN (CA Bar #241755)<br>TARA M. STEELEY (CA Bar #231775)<br>MOLLIE M. LEE (CA Bar #251404)<br>SARA J. EISENBERG (CA Bar #269303)<br>AILEEN M. McGRATH, (CA Bar #280846)<br>Deputy City Attorneys | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20530<br>Telephone:   (202) 514-3495<br>Facsimile:    (202) 616-8470<br>E-mail:         scott.simpson@usdoj.gov |
| City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone:   (415) 554-4748<br>Facsimile:    (415) 554-4715<br>E-Mail:         brittany.feitelberg@sfgov.org | |
| COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN<br>FRANCISCO | COUNSEL FOR DEFENDANTS<br>JEFFERSON B. SESSIONS III, Attorney<br>General of the United States; ALAN R.<br>HANSON, Principal Deputy Assistant<br>Attorney General; and U.S. DEPART-<br>MENT OF JUSTICE |

                                                        2
Stipulation and [Proposed] Order
No. 5:17-cv-04642-WHO

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: ___February 7___, 2018

3

4  _____
   WILLIAM H. ORRICK
   United States District Judge

3

Stipulation and [Proposed] Order
No. 5:17-cv-04642-WHO