UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** February 28, 2018 | **Time:** 1 hour<br>2:08 p.m. to 3:08 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case Nos.:** 17-cv-04701-WHO<br>17-cv-4642-WHO | **Case Names:** State of California v. Sessions<br>City and County of San Francisco v. Sessions | |

**Attorneys for State:**        Lee I. Sherman, Lisa Ehrlich, and Sarah E. Belton
**Attorneys for City/County:** Aileen M. McGrath, Sara J. Eisenberg, and Mollie Lee
**Attorneys for Defendant:**    Chad Readler, August Flentje, and Steven J. Saltiel

**Deputy Clerk:** Jean Davis                            **Court Reporter:** Lydia Zinn

PROCEEDINGS

Combined hearing conducted as to the motions to dismiss filed by the State and by the City/County. Argument of counsel heard. Motions taken under submission; written order to follow.

**A Case Management Conference is set for March 27, 2018 at 2:00 p.m.** At that time the parties should be prepared to discuss the discovery needs of the case and a litigation schedule (presumably terminating in hearing on cross motions for summary judgment). A joint case management statement should be filed one week prior to the conference. If the parties are in agreement as to all issues they may request that the conference be vacated.

*(These proceedings were video recorded as part of the Cameras in the Courtroom Pilot Program and will be available for viewing at a later date at http://www.uscourts.gov/about-federal-courts/cameras-courts).*