CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

v.

JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,

Defendants.

**DEFENDANTS' MOTION FOR ENLARGMENT OF TIME TO ANSWER COMPLAINTS**

No. 3:17-cv-04642-WHO

STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,

Plaintiff,

v.

JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,

Defendants.

No. 3:17-cv-04701-WHO

Defendants respectfully request, pursuant to Civil Local Rule 6-3, that their deadline to respond to the plaintiffs' First Amended Complaint in each of these cases be extended by two and a half weeks, until April 4, 2018. In support hereof, defendants state as follows:

1. The Court denied defendants' motions to dismiss the complaints in these actions on March 5, 2018 (SF Dkt. No. 78; CA Dkt. No. 88), such that defendants' answers to the complaints are currently due March 19, 2018. *See* Fed. R. Civ. P. 12(a)(4)(A).

2. The complaints in these actions are long and complex, mixing factual allegations with characterizations of legal sources and factual materials, conclusions of law, and rhetorical commentary. The First Amended Complaint in *San Francisco v. Sessions* is 41½ pages long, and the First Amended Complaint in *California v. Sessions* is 37½ pages long.

3. Mr. Simpson, counsel for defendants in *San Francisco v. Sessions* and co-counsel in *California v. Sessions*, will be on long-planned personal travel during the week of March 26.

4. An extension of two and a half weeks will not affect the remainder of the schedule in these actions. Based on current discussions regarding the forthcoming Joint Case Management Statement, the parties are likely to agree to propose a discovery cut-off date in early June 2018.

Accordingly, the defendants respectfully request that their deadline to respond to the complaints in these actions be extended by two and a half weeks, until April 4, 2018.

The plaintiffs have declined to stipulate to the relief requested herein. Plaintiffs are willing to agree to extensions of only one week, until March 26. *See* Declaration of W. Scott Simpson (Attachment 1 hereto).

Dated: March 14, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson

W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

ANTONIA KONKOLY
Trial Attorney

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

JEFFERSON B. SESSIONS III, Attorney General of the United States; ALAN R. HANSON, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | **DECLARATION OF W. SCOTT SIMPSON IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGMENT OF TIME TO ANSWER COMPLAINTS**<br><br>No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | No. 3:17-cv-04701-WHO |

1. I am a Senior Trial Counsel in the Civil Division of the U.S. Department of Justice in Washington, D.C. I am primarily responsible for representing the defendants in the above-captioned cases. This declaration is based on personal knowledge obtained by me in the performance of my official duties.

2. This declaration is submitted pursuant to Civil Local Rule 6-3(a), to describe defendants' efforts to obtain by stipulation the relief requested in Defendants' Motion for Enlargement of Time to Answer Complaints and otherwise to satisfy the requirements of that rule.

3. On March 9, 2018, I sent an email to counsel for the plaintiffs in these cases stating that defendants intended to seek extensions, from March 19 until April 4, of the deadlines to answer plaintiffs' complaints.

4. During a telephone conference on March 13, 2018, counsel for the plaintiffs asked about the reasons for the requested extensions, and I observed that the complaints are lengthy and complex and that extensions until April 4 would not affect the remainder of the schedule in these cases. Counsel for the plaintiffs said they would agree to extensions until March 26 (one week) but not April 4 (two and a half weeks).

5. The complaints in these actions are long and complex, mixing factual allegations with characterizations of legal sources and factual materials, conclusions of law, and rhetorical commentary. The First Amended Complaint in *San Francisco v. Sessions* is 41½ pages long, and the First Amended Complaint in *California v. Sessions* is 37½ pages long. Defendants would be unable with reasonable effort to file answers to these complaints on March 19 (or March 26).

6. An extension of two and a half weeks will not affect the remainder of the schedule in these actions. Based on current discussions regarding the forthcoming Joint Case Management Statement, the parties are likely to agree to propose a discovery cut-off date in early June 2018.

7. Additionally, I will be on long-planned personal travel during the week of March 26.

8. Pursuant to Local Civil Rule 6-3(a)(5), the previous time modifications in these cases are as follows:

*San Francisco v. Sessions*:

- The Court granted defendants' motion to extend the time to respond to plaintiff's complaint from October 17 to October 31, 2017 (SF Dkt. No. 43).
- The Court entered a stipulation and order extending the time for plaintiff's opposition to defendants' motion for summary judgment from November 14, 2017, until two weeks

after the Court's decision in *City and County of San Francisco v. Trump*, Case No. 3:17-cv-00485-WHO (SF Dkt. No. 51).

- The Court entered a stipulation and order extending the time for defendants' reply in support of their motion to dismiss from February 9 to February 14, 2018 (SF Dkt. No. 70).

*California v. Sessions*:

- The Court entered a stipulation and order setting the briefing schedule on plaintiff's motion for preliminary injunction and defendants' response to the First Amended Complaint (CA Dkt. No. 38).
- The Court entered a stipulation and order setting a revised briefing schedule on defendants' response to the First Amended Complaint (CA Dkt. No. 65).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of March, 2018.

/s/ W. Scott Simpson

W. SCOTT SIMPSON
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | **ORDER ON DEFENDANTS' MOTION FOR ENLARGMENT OF TIME TO ANSWER COMPLAINTS**<br><br>No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | No. 3:17-cv-04701-WHO |

The defendants have filed a Motion for Enlargement of Time to answer the complaints in these actions (SF Dkt. No. 79; CA Dkt No. 92). Having considered defendants' motion and all materials submitted in relation thereto, and good cause having been shown,

IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time to Answer Complaints (SF Dkt. No. 79; CA Dkt No. 92) is GRANTED;

AND IT IS FURTHER ORDERED that the defendants shall file their answers to plaintiffs' First Amended Complaints in these actions no later than April 4, 2018.

**IT IS SO ORDERED.**

Dated: March _____, 2018

_______________________________
WILLIAM H. ORRICK
United States District Judge