UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, EX REL. XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS, et al.,<br><br>Defendants. | Case No. 17-cv-04701-WHO<br><br>**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME**<br><br>Re: Dkt. No. 92 |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS, et al.,<br><br>Defendants. | Case No. 17-cv-04642-WHO<br><br>Re: Dkt. No. 79 |

Defendants have moved for an enlargement of time by two and a half weeks to file their answers. Plaintiffs oppose, primarily because they fear the United States will fail to comply with its discovery obligations in the short discovery period. I do not share that fear. In light of the relatively brief extension requested, and my confidence that the lawyers for the United States will meet their obligations, I GRANT defendants' request.

To be clear, I expect that the parties will provide comprehensive initial disclosures, and extensive, complete responses to the discovery ultimately served. Each party should know now what information it needs to discover. Plaintiffs may serve discovery requests on March 26, 2018, when the initial disclosures are due, and follow up with further targeted requests after the Answer

is filed. In the event of a discovery dispute, the parties may send me a joint letter of five pages that describes the dispute. Rest assured that I will address it promptly to insure that discovery is completed within the time parameters to which the parties agree and that I approve.

**IT IS SO ORDERED.**

Dated: March 15, 2018



William H. Orrick
United States District Judge