CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:   (202) 514-3495
Facsimile:   (202) 616-8470
E-mail:   scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | **DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD**<br><br><br>No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | No. 3:17-cv-04701-WHO |

Notice of Filing of Admin. Record
No. 3:17-cv-04642/04701-WHO

1  Pursuant to the parties' Supplemental Joint Case Management Statement (SF Dkt. No. 83;
2  CA Dkt. No. 95), defendants hereby give notice of the filing of an Administrative Record in
3  connection with the above-referenced actions. This Administrative Record (bearing Bates
4  numbers AR-00001 through AR-01037) is accompanied by an index. Privileged documents,
5  including those reflecting internal deliberations, are not part of this Administrative Record. The
6  production of this Administrative Record is made without prejudice to defendants' positions that
7  (1) there has been no final agency action and the administrative record is unripe for judicial
8  review (CA Dkt. No. 77 at 16-17; *see* SF Dkt. No. 66 at 12-13), and (2) plaintiffs' First Amended
9  Complaints should be dismissed in their entirety as a matter of law (SF Dkt. No. 66; CA Dkt. No.
10 77).

Dated:  March 23, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson

W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

ANTONIA KONKOLY
Trial Attorney

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:   (202) 514-3495
Facsimile:    (202) 616-8470
E-mail:         scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

2

Notice of Filing of Admin. Record
No. 3:17-cv-04642/04701-WHO

| | |
|---|---|
| 1 | |
| 2 | JEFFERSON B. SESSIONS III, Attorney General of the United States; ALAN R. HANSON, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE |

3

Notice of Filing of Admin. Record
No. 3:17-cv-04642/04701-WHO