UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERSON BEAUREGARD SESSIONS, et al.,<br><br>    Defendants. | Case No. 17-cv-04642-WHO<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 83 |
| STATE OF CALIFORNIA, EX REL. XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERSON BEAUREGARD SESSIONS, et al.,<br><br>    Defendants. | Case No. 17-cv-04701-WHO<br><br>Re: Dkt. No. 95 |

The parties have requested a continuance of the Case Management Conference from March 27, 2018 to April 10, 2018. The request is GRANTED.

The parties have proposed dueling schedules for the motions for summary judgment. I need to hear the matter no later than September 5, 2018, and need at least two weeks before the hearing to review all the memoranda, including the replies. I can also hear the matters on any Wednesday in August. Given that guidance, if the parties are able to agree on a briefing schedule, they should submit a stipulated schedule prior to April 3, 2018 and, if it is acceptable, I will vacate the CMC. If they cannot agree, I will set it at the CMC. All of the dates agreed to in the

Supplemental Joint Case Management Statement are fine, including the trial date of January 28, 2018.

**IT IS SO ORDERED.**

Dated: March 23, 2018



William H. Orrick
United States District Judge