CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:     (202) 514-3495
Facsimile:     (202) 616-8470
E-mail:        scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Plaintiff,<br><br>      v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>                    Defendants. | **STIPULATION AND PROPOSED ORDER REGARDING SCHEDULE**<br><br><br><br>No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>                    Plaintiff,<br><br>      v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>                    Defendants. | No. 3:17-cv-04701-WHO |

Stip. and Order Regarding Schedule
No. 3:17-cv-04642/04701-WHO

Pursuant to the parties' Supplemental Joint Case Management Statement (SF Dkt. No. 83; CA Dkt. No. 95) and the Court's Order Regarding Case Management Conference (SF Dkt. No. 85; CA Dkt. No. 97), the parties jointly propose the following schedule in these cases, and respectfully request that the Court so order.

| Event | Date |
|---|---|
| Deadline for Defendants to file the Administrative Record supporting the determination of the Department of Justice to impose the challenged grant conditions | March 23, 2018 |
| Deadline for Service of Initial Disclosures | March 26, 2018 |
| Deadline for Defendants to Answer the Complaints | April 4, 2018 |
| Close of fact discovery | June 1, 2018 |
| California files its motion for summary judgment | June 25, 2018 |
| San Francisco files its motion for summary judgment | June 27, 2018 |
| Defendants file a consolidated cross-motion for summary judgment and opposition to California's motion | July 31, 2018 |
| Defendants file a consolidated cross-motion for summary judgment and opposition to San Francisco's motion | August 1, 2018 |
| California files a consolidated opposition and reply | August 14, 2018 |
| San Francisco files a consolidated opposition and reply | August 15, 2018 |
| Defendants file a reply in support of their motion for summary judgment against California | August 20, 2018 |
| Defendants file a reply in support of their motion for summary judgment against San Francisco | August 22, 2018 |
| Argument on all dispositive motions | September 5, 2018, 2:00 p.m. |

| | |
|---|---|
| Last day to exchange papers described in Civil L.R. 16-10(b)(7),(8),(9) and (10) and any motions *in limine* (at least 28 days before Pre-Trial Conference) | December 14, 2018 |
| Last day to meet and confer before pre-trial conference (at least 21 days prior to pretrial conference) | December 21, 2018 |
| Deadline to file pre-trial conference statement, proposed Findings of Fact and Conclusions of Law, and motions *in limine* (at least 14 days prior to pretrial conference) | January 7, 2019 |
| Deadline to file response briefs to motions *in limine* (at least 7 days prior to pretrial conference) | January 14, 2019 |
| Final Pretrial Conference | January 21, 2019 |
| Trial | January 28, 2019 |

Respectfully submitted,

DENNIS J. HERRERA (CA Bar #139669)
City Attorney

JESSE C. SMITH (CA Bar #122517)
Chief Assistant City Attorney

RONALD P. FLYNN (CA Bar #184186)
Chief Deputy City Attorney

YVONNE R. MERÉ (CA Bar #173594)
Chief of Complex and Affirmative Litigation

/s/ Aileen M. McGrath
_____
CHRISTINE VAN AKEN (CA Bar #241755)
TARA M. STEELEY (CA Bar #231775)
MOLLIE M. LEE (CA Bar #251404)
SARA J. EISENBERG (CA Bar #269303)
AILEEN M. McGRATH (CA Bar #280846)
Deputy City Attorneys

City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

ANTONIA KONKOLY
Trial Attorney

3

Stip. and Order Regarding Schedule
No. 3:17-cv-04642/04701-WHO

| | |
|---|---|
| Facsimile:   (415) 554-4715<br>E-Mail:   brittany.feitelberg@sfgov.org<br><br>COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN FRANCISCO<br><br>* * * | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Telephone:   (202) 514-3495<br>Facsimile:   (202) 616-8470<br>E-mail:   scott.simpson@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS |

XAVIER BECERRA
Attorney General of California

ANGELA SIERRA
Senior Assistant Attorney General

SATOSHI YANAI
Supervising Deputy Attorney General

/s/ Lee Sherman
_____
SARAH E. BELTON
LISA C. EHRLICH
LEE SHERMAN (SBN 272271)
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone:   (213) 269-6404
Fax:   (213) 879-7605
E-mail:   Lee.Sherman@doj.ca.gov

COUNSEL FOR PLAINTIFF

STATE OF CALIFORNIA, ex rel. XAVIER BECERRA

JEFFERSON B. SESSIONS III, Attorney General of the United States; ALAN R. HANSON, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2018

_____
WILLIAM H. ORRICK
United States District Judge

Stip. and Order Regarding Schedule
No. 3:17-cv-04642/04701-WHO

4

## ATTESTATION OF SIGNATURES

I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
COUNSEL FOR DEFENDANTS

5

Stip. and Order Regarding Schedule
No. 3:17-cv-04642/04701-WHO