CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON
LAURA A. HUNT
DANIEL D. MAULER
U.S. Department of Justice
Civil Division, Federal Programs Branch
Room 6141
Washington, D.C. 20530
Telephone:    (202) 616-0773
Facsimile:    (202) 616-8470
E-mail:        dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 3:17-cv-04642-WHO<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS** |

PLEASE NOTICE the appearance in this action of Daniel D. Mauler, Trial Attorney, United States Department of Justice, Washington, D.C., as additional counsel for the defendants. United States mail should be directed to Mr. Mauler at the following address:

> Daniel D. Mauler
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch, Room 6141
> 20 Massachusetts Avenue, NW
> Washington, DC 20530

Packages for delivery should be directed to Mr. Simpson at the following address (this address should not, however, be used for U.S. mail):

> Daniel D. Mauler
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch, Room 6141
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

Dated: May 14, 2018

    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON
LAURA A. HUNT

/s/ Daniel D. Mauler
_____
DANIEL D. MAULER (Va. Bar #73190)

Attorneys, U.S. Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Ave, NW - Room 6141
Washington, D.C. 20530
Telephone:  (202) 616-0773
Facsimile:   (202) 616-8470
E-mail:        dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS
JEFFERSON B. SESSIONS III, Attorney General of the United States; ALAN R. HANSON, Acting Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE