DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:    (415) 554-4748
Facsimile:    (415) 554-4715
E-Mail:       brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY UPCOMING DISCOVERY AND BRIEFING DEADLINES**<br><br>Date Filed:    August 11, 2017<br>Trial Date:    December 10, 2018<br><br>Case No. 3:17-CV-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 3:17-CV-04701-WHO |

Stipulation and [Proposed] Order;
Case No. 3:17-CV-04642-WHO

n:\cxlit\li2018\180160\01277495.docx

1  Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and the STATE OF CALIFORNIA,
2  along with Defendants JEFFERSON B. SESSIONS III, ALAN R. HANSON, and the UNITED
3  STATES DEPARTMENT OF JUSTICE (collectively the "Parties") are in the process of responding to
4  outstanding discovery requests.  The Court's March 29, 2018 Stipulation and Order Regarding
5  Scheduling established, *inter alia*, the following deadlines:

- The close of fact discovery is June 1, 2018;
- Plaintiff, STATE OF CALIFORNIA, shall file its Motion for Summary Judgment by June 25, 2018; and
- Plaintiff, CITY AND COUNTY OF SAN FRANCISCO, shall file its Motion for Summary Judgment by June 27, 2018.

Plaintiffs served discovery on March 28, 2018.  Defendants served discovery on April 18, 2018.

The Parties have met and conferred repeatedly about their discovery obligations.  In the course of these discussions, all Parties have determined that they will require additional time to respond to discovery completely and thoroughly.

Accordingly, the Parties jointly propose the following slight modification to the production and briefing schedule in these cases, and respectfully request that the Court so order:

- The close of fact discovery is extended for two weeks to June 15, 2018;
- All Parties will have until the close of fact discovery, June 15, 2018, to complete production of documents responsive to discovery propounded to date;
- Plaintiff, STATE OF CALIFORNIA, will have until July 9, 2018 to file its Motion for Summary Judgment;
- Plaintiff, CITY AND COUNTY OF SAN FRANCISCO, will have until July 11, 2018 to file its Motion for Summary Judgment;
- All other briefing and hearing dates will remain as ordered by the Court in its March 29, 2018 Stipulation and Order Regarding Scheduling.

//
//

Respectfully submitted,

Dated:  May 22, 2018

CHAD A. READLER
Principal Deputy Assistant Attorney General

By: */s/ W. Scott Simpson*
    W. SCOTT SIMPSON (Va. Bar #27487)
    Senior Trial Counsel

Attorneys for Defendants
JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Telephone:  (202) 514-3495
Facsimile:  (202) 616-8470
Email:  scott.simpson@usdoj.gov

Dated:  May 22, 2018

XAVIER BECERRA
Attorney General of California

By:  */s/ Lee Sherman*
    LEE SHERMAN (Cal. Bar #272271)
    Deputy Attorney General

Attorneys for Plaintiff
STATE OF CALIFORNIA, ex rel. XAVIER BECERRA

300 S. Spring St., Suite 1702
Los Angeles, CA  90013
Telephone:  (213) 269-6404
Facsimile:  (213) 879-7605
Email:  Lee.Sherman@doj.ca.gov

Dated:  May 22, 2018

DENNIS J. HERRERA
City Attorney

By:  */s/ Yvonne R. Meré*
    YVONNE R. MERÉ
    Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**ATTESTATION OF SIGNATURES**

I, Yvonne R. Meré, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

 */s/ Yvonne R. Meré*
Yvonne R. Meré
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

Based on the written stipulation of the Parties and good cause appearing therefore, I find that the close of fact discovery is extended for two weeks to June 15, 2018; all Parties will have until the close of fact discovery, June 15, 2018, to complete production of documents responsive to discovery propounded to date; Plaintiff, STATE OF CALIFORNIA, will have until July 9, 2018 to file its Motion for Summary Judgment; Plaintiff, CITY AND COUNTY OF SAN FRANCISCO, will have until July 11, 2018 to file its Motion for Summary Judgment; all other briefing and hearing dates will remain as ordered by the Court in its March 29, 2018 Stipulation and Order Regarding Scheduling.

**IT IS SO ORDERED.**

DATED:

_____
Hon. William H. Orrick
United States District Judge