1  CHAD A. READLER
   Acting Assistant Attorney General
2  ALEX G. TSE
   Acting United States Attorney
3  JOHN R. TYLER
4  Assistant Director
   W. SCOTT SIMPSON (Va. Bar #27487)
5  Senior Trial Counsel
   LAURA A. HUNT
6  ANTONIA KONKOLY
   DANIEL D. MAULER
7  Trial Attorneys
8  Department of Justice, Civil Division
   318 South Sixth Street, Room 244
9  Springfield, Illinois 62701
   Telephone:     (202) 514-3495
10 Facsimile:     (217) 492-4888
11 E-mail:        scott.simpson@usdoj.gov

12 COUNSEL FOR DEFENDANTS
   JEFFERSON B. SESSIONS III, Attorney
13 General of the United States; ALAN R.
   HANSON, Principal Deputy Assistant Attorney
14 General; and U.S. DEPARTMENT OF JUSTICE

15

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19 | CITY AND COUNTY OF SAN
20 | FRANCISCO,                          | No. 3:17-cv-04642-WHO
21 |              Plaintiff,             | **NOTICE OF CHANGE OF**
22 |      v.                             | **ADDRESS OF ATTORNEY FOR**
   |                                     | **DEFENDANTS**
23 | JEFFERSON B. SESSIONS III, Attorney
   | General of the United States, *et al.*,
24 |
   |              Defendants.
25

26       PLEASE TAKE NOTICE that the duty station of undersigned counsel for the defendants,

27 Mr. W. Scott Simpson, has changed from Washington, D.C., to Springfield, Illinois, effective

28 June 18, 2018.  Mr. Simpson's new address is as follows:

Notice of Change of Address
No. 3:17-cv-04642-WHO

|   |   |
|---|---|
| 1 | W. Scott Simpson |
| 2 | Department of Justice, Civil Division |
|   | 318 South Sixth Street, Room 244 |
| 3 | Springfield, Illinois 62701 |

Mr. Simpson continues to serve as a Senior Trial Counsel in the Federal Programs Branch, Civil Division, of the U.S. Department of Justice in Washington, D.C.  His email address and telephone number are unchanged.

This notice does not affect the address of any other attorney for the defendants.

Dated:  June 19, 2018

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

LAURA A. HUNT
ANTONIA KONKOLY
DANIEL D. MAULER
Trial Attorneys

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:   (202) 514-3495
Facsimile:    (217) 492-4888
E-mail:         scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

JEFFERSON B. SESSIONS III, Attorney General of the United States; ALAN R. HANSON, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE