DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>    Defendants. | **STIPULATION AND ORDER TO MODIFY DEADLINE TO RAISE DISCOVERY DISPUTES RELATED TO DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION**<br><br>Date Filed:     August 11, 2017<br>Trial Date:     January 28, 2019<br><br>Case No. 3:17-CV-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>    Defendants. | Case No. 3:17-CV-04701-WHO |

Stipulation and [Proposed] Order;
Case No.  3:17-CV-04642-WHO

1  WHEREAS Defendants JEFFERSON B. SESSIONS III, ALAN R. HANSON, and the
2  UNITED STATES DEPARTMENT OF JUSTICE ("Defendants") have produced documents to the
3  Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and the STATE OF CALIFORNIA, EX
4  REL. BECERRA ("Plaintiffs") before the close of discovery, which was set by court order on June 15,
5  2018, but have informed the Plaintiffs that Defendants intend to make a supplemental production
6  and/or amendments to their privilege log by June 22, 2018;

7  WHEREAS, under Northern District of California Local Rule 37-3, parties ordinarily have
8  seven days from the close of discovery to file any motions to compel, which gives the Parties until
9  June 22, 2018 to raise any discovery disputes with the Court;

10  WHEREAS, the Parties agree that Plaintiffs shall have additional time, until June 29, 2018, to
11  raise any discovery disputes with the Court regarding Defendants' supplemental production and/or
12  amendments to their privilege log; and

13  WHEREAS, extending the deadline for Plaintiffs to raise any such discovery disputes will not
14  impact the subsequent scheduling deadlines already set in this case;

15  NOW THEREFORE, the Parties hereby stipulate that the deadline for Plaintiffs to raise any
16  discovery issues related to Defendants' forthcoming supplemental production and/or amendments to
17  the privilege log shall be extended to June 29, 2018. The deadline for all Parties to raise any other
18  outstanding discovery issues with the Court shall remain June 22, 2018. All other scheduling dates in
19  the matter shall remain unchanged. The Parties respectfully request that the Court so order.
20  //
21  //
22  //
23  //
24  //
25  //
26
27  Respectfully submitted,
28

Stipulation and [Proposed] Order;
Case No. 3:17-CV-04642-WHO

2

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_c
ity_and_county_of_san_francisco_v_sessions\17-cv-04642-who-
proposed_order_to_modify_discovery_dispute_deadline.docx

| | |
|---|---|
| Dated:  June 21, 2018 | Dated:  June 21, 2018 |
| CHAD A. READLER<br>Principal Deputy Assistant Attorney General | DENNIS J. HERRERA<br>City Attorney |
| By:  */s/ W. Scott Simpson*<br>     W. SCOTT SIMPSON (Va. Bar #27487)<br>     Senior Trial Counsel | By:   */s/ Aileen M. McGrath*<br>     AILEEN M. MCGRATH<br>     Deputy City Attorney |
| Attorneys for Defendants<br>JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE | Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO |

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Telephone:  (202) 514-3495
Facsimile:  (202) 616-8470
Email:  scott.simpson@usdoj.gov


Dated:  June 21, 2018

XAVIER BECERRA
Attorney General of California

By:  */s/ Lee Sherman*
     LEE SHERMAN
     Deputy Attorney General

Attorneys for Plaintiff
STATE OF CALIFORNIA, ex rel. XAVIER BECERRA

300 S. Spring Street
Los Angeles, CA 90013
Telephone:  (213) 269-6404
Facsimile:  (213) 879-7605
Email: Lee.Sherman@doj.ca.gov

Stipulation and [Proposed] Order;
Case No.  3:17-CV-04642-WHO

3

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_city_and_county_of_san_francisco_v_sessions\17-cv-04642-who-proposed_order_to_modify_discovery_dispute_deadline.docx

## ATTESTATION OF SIGNATURES

I, Aileen M. McGrath, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

                         */s/ Aileen M. McGrath*
                         Aileen M. McGrath
                         Deputy City Attorney

                         Attorneys for Plaintiff
                         CITY AND COUNTY OF SAN FRANCISCO

## ORDER

Based on the written stipulation of the Parties and good cause appearing therefore, I find that Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and STATE OF CALIFORNIA, EX REL. BECERRA, shall have until June 29, 2018 to raise any discovery disputes related to Defendants' forthcoming supplemental production and/or amendments to Defendants JEFFERSON B. SESSIONS III, ALAN R. HANSON, and the UNITED STATES DEPARTMENT OF JUSTICE's forthcoming supplemental document production and/or amendments to Defendants' privilege log.  The deadline for all Parties to raise any other discovery disputes with the Court shall remain June 22, 2018.  All other scheduling dates in the matter shall remain unchanged.

**IT IS SO ORDERED.**

DATED: June 22, 2018

                                             Hon. William H. Orrick
                                             United States District Judge