DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:      (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:         brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE PAGE LIMITS FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date Filed:   August 11, 2017<br>Trial Date:   January 28, 2019<br><br>Case No. 3:17-CV-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 3:17-CV-04701-WHO |

Stipulation and [Proposed] Order;
Case Nos.  3:17-CV-04642/04701-WHO

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_city_and_county_of_san_francisco_v_sessions\17-cv-04642-who-order_on_request_for_excess_page_limits.docx

1   WHEREAS the parties to these cases, Plaintiffs CITY AND COUNTY OF SAN FRANCISCO
2  and the STATE OF CALIFORNIA, EX REL. BECERRA ("Plaintiffs") and Defendants
3  JEFFERSON B. SESSIONS III, ALAN R. HANSON, and the UNITED STATES DEPARTMENT
4  OF JUSTICE ("Defendants") (collectively, "the Parties") are preparing to file cross-motions for
5  summary judgment in these cases;
6   WHEREAS, under Northern District of California Local Rules 7-2 and 7-3, the Parties
7  ordinarily have 25 pages for a brief in support of an opening motion, 25 pages for an opposition brief,
8  and 15 pages for a reply brief; and
9   WHEREAS, the Parties require more than the number of pages permitted by the Local Rules to
10  address all of the issues presented in these cases;
11   NOW THEREFORE, the Parties hereby stipulate that Plaintiffs may each file an opening
12  motion for summary judgment up to 35 pages in length; Defendants may file a combined motion for
13  summary judgment/opposition to the Plaintiff's motion for summary judgment up to 40 pages in
14  length in each case; Plaintiffs may each file a combined opposition to Defendants' motions for
15  summary judgment/reply brief up to 25 pages in length; and Defendants may file a reply brief up to 20
16  pages in length in each case.  The Parties respectfully request that the Court so order.
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

Stipulation and [Proposed] Order;
Case Nos.  3:17-CV-04642/04701-WHO

1

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_city_and_county_of_san_francisco_v_sessions\17-cv-04642-who-order_on_request_for_excess_page_limits.docx

Respectfully submitted,

| | |
|---|---|
| Dated: July 2, 2018 | Dated: July 2, 2018 |
| CHAD A. READLER<br>Principal Deputy Assistant Attorney General | DENNIS J. HERRERA<br>City Attorney |
| By: ___/s/ W. Scott Simpson___<br>    W. SCOTT SIMPSON (Va. Bar #27487)<br>    Senior Trial Counsel | By: ___/s/ Aileen M. McGrath___<br>    AILEEN M. MCGRATH<br>    Deputy City Attorney |
| Attorneys for Defendants<br>JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE | Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO |
| Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701<br>Telephone:   (202) 514-3495<br>Facsimile:    (217) 492-4888Email: scott.simpson@usdoj.gov | |

Dated: July 2, 2018

XAVIER BECERRA
Attorney General of California

By: ___/s/ Lee Sherman___
    LEE SHERMAN (Cal. Bar #272271)
    Deputy Attorney General

Attorneys for Plaintiff
STATE OF CALIFORNIA, ex rel. XAVIER BECERRA

300 S. Spring St., Suite 1702
Los Angeles, CA  90013
Telephone: (213) 269-6404
Facsimile: (213) 879-7605
Email: Lee.Sherman@doj.ca.gov

Stipulation and [Proposed] Order;
Case Nos.  3:17-CV-04642/04701-WHO

2

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_city_and_county_of_san_francisco_v_sessions\17-cv-04642-who-order_on_request_for_excess_page_limits.docx

## ATTESTATION OF SIGNATURES

I, Aileen M. McGrath, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

                                 */s/ Aileen M. McGrath*
                                 Aileen M. McGrath
                                 Deputy City Attorney

                                 Attorneys for Plaintiff
                                 CITY AND COUNTY OF SAN FRANCISCO

## ORDER

Based on the written stipulation of the Parties and good cause appearing therefore, I hereby order the following enlargement to the page limits for the Parties' cross-motions for summary judgment:  Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and the STATE OF CALIFORNIA, EX REL. BECERRA ("Plaintiffs") may each file an opening motion for summary judgment up to 35 pages in length; Defendants JEFFERSON B. SESSIONS III, ALAN R. HANSON, and the UNITED STATES DEPARTMENT OF JUSTICE ("Defendants") may file a combined motion for summary judgment/opposition to the Plaintiffs' motion for summary judgment up to 40 pages in length in each case; Plaintiffs may each file a combined opposition to Defendants' motions for summary judgment/reply brief up to 25 pages in length; and Defendants may file a reply brief up to 20 pages in length in each case.

**IT IS SO ORDERED.**

DATED:  July 3, 2018

                                 Hon. William H. Orrick
                                 United States District Judge

Stipulation and [Proposed] Order;      3      \\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_c
Case Nos.  3:17-CV-04642/04701-WHO                  ity_and_county_of_san_francisco_v_sessions\17-cv-04642-who-
                                                                          order_on_request_for_excess_page_limits.docx

Stipulation and [Proposed] Order;
Case Nos.  3:17-CV-04642/04701-WHO

4

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_04642_city_and_county_of_san_francisco_v_sessions\17-cv-04642-who-order_on_request_for_excess_page_limits.docx