DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:  (415) 554-4748
Facsimile:   (415) 554-4715
E-Mail:       brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>Defendants. | Case No. 3:17-CV-04642-WHO<br><br>**DECLARATION OF JEFFREY ADACHI IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  September 5, 2018<br>Time:  2:00 p.m.<br>Judge:  Honorable William H. Orrick<br>Dept:  Courtroom 2<br><br>Trial Date:  January 28, 2019 |

I, Jeffrey Adachi, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Public Defender of the City and County of San Francisco. I have held this position since January 2003. Previously, I served as the Chief Attorney in the Public Defender's Office from 1998-2001 and as a Deputy Public Defender from 1986-1998.

3. The Public Defender's Office receives funds from the Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") for Reentry Social Work, which provides legal and wraparound support to help indigent clients charged with felony drug cases and other felony offenses successfully exit the criminal justice system.

4. I am familiar with San Francisco Administrative Code Chapters 12H and 12I ("Sanctuary City Laws").

5. The Public Defender's Office complies with San Francisco's Sanctuary City Laws and does not have any departmental policies specifically addressing the topics covered by San Francisco's Sanctuary City Laws.

6. I am familiar with the federal law codified at 8 U.S.C. § 1373 ("Section 1373"), which provides that a local government entity or official may not prohibit, or in any way restrict, any government entity or official from sending to, or receiving from, the Immigration and Naturalization Service information regarding the citizenship or immigration status, lawful or unlawful, of any individual. Section 1373 further provides that no person or agency may prohibit, or in any way restrict, a local government entity from maintaining information regarding the immigration status, lawful or unlawful, of any individual, or exchanging such information with any other federal, state, or local government entity.

7. On January 19, 2017, all San Francisco Public Defender employees received a memorandum from Micki Callahan, the San Francisco Director of Human Resources. That memorandum was directed to "All City and County of San Francisco Employees." The subject of that memo was "Reminder about Sanctuary City Obligations." The memo, in relevant part, informed

recipients that "federal law states that a 'local government entity or official may not prohibit, or in any way restrict, any government entity or official from sending to, or receiving from, the Immigration and Naturalization Service information regarding the citizenship or immigration status, lawful or unlawful, of any individual' (8 U.S.C. § 1373)." It further provided that: "Departments must ensure that their rules, regulations, and protocols adhere to San Francisco's sanctuary city laws, codified at Chapters 12H and 12I of the Administrative Code."

8. The San Francisco Public Defender's Office complies with San Francisco's Sanctuary City Laws and does not have in effect, and is not subject to or bound by, any prohibition or restriction, other than obligations related to attorney-client privilege, that applies to its officials and employees, and which addresses either (1) the sending to, or receiving from, the Immigration and Naturalization Service information regarding the citizenship or immigration status of any individual; or (2) the maintenance of information regarding the citizenship or immigration status of any individual.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 5th at San Francisco, California.

_____
JEFFREY ADACHI