1   CHAD A.  READLER
    Acting Assistant Attorney General
2   ALEX G. TSE
    Acting United States Attorney
3   JOHN R.  TYLER
    Assistant Director
4   W.  SCOTT SIMPSON (Va.  Bar #27487)
    Senior Trial Counsel
5   LAURA A. HUNT
    ANTONIA KONKOLY
6   DANIEL D. MAULER
    Trial Attorneys
7   Department of Justice, Civil Division
    318 South Sixth Street, Room 244
8   Springfield, Illinois 62701
    Telephone:      (202) 514-3495
9   Facsimile:      (217) 492-4888
    E-mail:         scott.simpson@usdoj.gov
10  COUNSEL FOR DEFENDANTS
    *(See signature page for parties represented.)*
11
12
13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17  CITY AND COUNTY OF SAN
    FRANCISCO,

18                                          **DEFENDANTS' ADMINISTRATIVE**
                    Plaintiff,              **MOTION TO STRIKE CERTAIN**
19                                          **EXHIBITS FROM PLAINTIFFS'**
            v.                              **SUMMARY JUDGMENT MOTIONS**
20
    JEFFERSON B. SESSIONS III, Attorney
21  General of the United States, *et al.*,
                                            No. 3:17-cv-04642-WHO
22                  Defendants.

23  STATE OF CALIFORNIA, *ex rel*. XAVIER
    BECERRA, Attorney General of the State of
24  California,

25                  Plaintiff,

            v.
26
    JEFFERSON B.  SESSIONS III, Attorney
27  General of the United States, *et al.*,
                                            No. 3:17-cv-04701-WHO
28                  Defendants.

    Defs' Motion to Strike Exhibits
    No. 3:17-cv-04642/04701-WHO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I.      INTRODUCTION

Pursuant to Civil Local Rule 7-11, the defendants respectfully request that the Court strike two exhibits from plaintiffs' motions for summary judgment that are protected by privilege and that the defendants inadvertently produced in discovery.  Plaintiff State of California consents to the relief requested herein, but plaintiff San Francisco has stated it would decide whether to oppose this motion after defendants filed it.

In light of San Francisco's position, defendants also request that the Court temporarily seal the subject exhibits during the pendency of this motion to strike.  San Francisco has indicated that it does not oppose this request.

## II.     BACKGROUND

During the course of discovery in these cases, defendants produced thousands of documents to the plaintiffs in response to plaintiffs' respective requests for production.  This motion relates to two of the documents produced, USDOJ-00020872-00020875 and USDOJ-00054208-00054210, which plaintiffs used as exhibits to their motions for summary judgment. The first document (USDOJ-00020872-00020875) was attached as Exhibit 42 to California's Request for Judicial Notice (CA Dkt. No. 117-3) as well as Exhibit J to the Declaration of Mollie M. Lee accompanying San Francisco's summary judgment motion (SF Dkt. No. 106-9).  The second document (USDOJ-00054208-00054210) was attached as Exhibit I to Mollie Lee's declaration (SF Dkt. No. 106-10).

Upon defendants' review of plaintiffs' summary judgment motions, it was discovered that the two above-referenced attachments are privileged and that defendants had inadvertently produced them.  The first document, USDOJ-00020872-00020875, is an internal Department of Justice memorandum from the Acting Assistant Attorney General of the Office of Justice Programs to the Associate Attorney General discussing the AAG's views on a question of law. The second document, USDOJ-00054208-00054210, is an internal DOJ talking points document bearing redlined changes and comments indicating it is a draft.

2

1   On July 13, 2018, defendants sent a letter to plaintiffs' counsel seeking a clawback of the

2   inadvertently produced privileged documents pursuant to the Court's Protective and 502(d)

3   Order (CA Dkt. No. 105, SF Dkt. No. 91) as well as Federal Rule of Civil Procedure 26(b)(5).

4   California has agreed to comply with the clawback.  San Francisco has agreed to sequester the

5   documents pending resolution of this motion but declined to comply with the clawback.  *See*

6   Declaration of Scott Simpson (Attachment 1 hereto).  California has stated that it consents to this

7   motion to strike, but San Francisco has said it would decide whether to oppose the motion after

8   its filing.  *Id.*

9   **III.   ARGUMENT**

10   As no rule or statute specifically governs the striking of an exhibit to a motion for

11   summary judgment, defendants seek relief under Civil Local Rule 7-11, governing motions for

12   administrative relief.  As stated above, plaintiffs have filed exhibits to their respective summary

13   judgment motions that contain defendants' privileged information and were inadvertently

14   produced.

15   A document is covered by the deliberative process privilege if it is "both (1)

16   'predecisional,' that is, 'generated before to the adoption of agency's policy or decision' and

17   (2) 'deliberative,' meaning that it contains opinions, recommendations or advice about agency

18   policies."  *Desert Survivors v. U.S. Dep't of the Interior*, 231 F. Supp. 3d 368, 379 (N.D. Cal.

19   2017) (quoting *FTC v. Warner Commc'ns Inc.*, 742 F.2d 1156, 1161 (9th Cir. 1984)).  This

20   privilege protects, among other things, "recommendations, draft documents, proposals,

21   suggestions, and other subjective documents which reflect the personal opinions of the writer

22   rather than the policy of the agency."  *Lahr v. NTSB*, 569 F.3d 964, 979 (9th Cir. 2009) (quoting

23   *Assembly of State of Cal. v. U.S. Dep't of Commerce*, 968 F.2d 916, 920 (9th Cir. 1992)).

24   Both of the documents described above should have been withheld based on the

25   deliberative process privilege.  The first document, USDOJ-00020872-00020875, is an internal

26   memorandum between the Acting Assistant Attorney General and his superior, the Associate

27   Attorney General.  The document reflects pre-decisional analysis regarding the compliance of

28

1   California laws with 8 U.S.C. § 1373.[1]  The second document, USDOJ-00054208-00054210, is a

2   draft containing redlined comments of DOJ personnel in furtherance of the agency's decision

3   regarding the contours of the talking points.  Other copies of both of these documents were

4   properly logged as privileged and withheld during the discovery process, but the above-

5   referenced instances of the documents were inadvertently produced.

6        The above-referenced documents should not be considered by the Court when analyzing

7   the parties' motions for summary judgment and should not be used for any other purpose by the

8   parties as they are protected by privilege and were inadvertently produced.

9   **IV.     CONCLUSION**

10        Defendants respectfully request that the Court strike Exhibit 42 of California's Request

11   for Judicial Notice (part of CA Dkt. No. 117-3) and Exhibits I and J of the Declaration of Mollie

12   M. Lee (SF Dkt. Nos. 106-9 & 106-10) because they are protected by privilege.  Additionally,

13   defendants request that the Court temporarily seal these exhibits during the pendency of this

14   motion to strike, with San Francisco's consent.

15   Dated:  July 20, 2018

16                                                    Respectfully submitted,

17                                                    CHAD A. READLER
18                                                    Acting Assistant Attorney General

19                                                    ALEX G. TSE
20                                                    Acting United States Attorney

21                                                    JOHN R. TYLER
                                                     Assistant Director
22
                                                     /s/ W. Scott Simpson
23                                                   _____

24                                                   W. SCOTT SIMPSON (Va. Bar #27487)
                                                     Senior Trial Counsel
25

26

27

28
     _____
          [1] This document also should have been withheld based on the attorney-client privilege.
                                                    4
     Defs' Motion to Strike Exhibits
     No. 3:17-cv-04642/04701-WHO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAURA A. HUNT
ANTONIA KONKOLY
DANIEL D. MAULER
Trial Attorneys

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:   (202) 514-3495
Facsimile:   (217) 492-4888
E-mail:        scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

JEFFERSON B. SESSIONS III, Attorney
General of the United States; ALAN R.
HANSON, Principal Deputy Assistant Attorney
General; and U.S. DEPARTMENT OF
JUSTICE

5

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  CITY AND COUNTY OF SAN                **DECLARATION OF W. SCOTT**
    FRANCISCO,                            **SIMPSON IN SUPPORT OF DEFEN-**

13                                         **DANTS' ADMINISTRATIVE MOTION**
                    Plaintiff,            **TO STRIKE CERTAIN EXHIBITS**

14          v.                             **FROM PLAINTIFFS' SUMMARY**
                                           **JUDGMENT MOTIONS**
15  JEFFERSON B. SESSIONS III, Attorney
    General of the United States, et al.,  No. 3:17-cv-04642-WHO

16
                    Defendants.
17

18  STATE OF CALIFORNIA, ex rel.  XAVIER
    BECERRA, Attorney General of the State of

19  California,

20                  Plaintiff,
            v.
21

22  JEFFERSON B.  SESSIONS III, Attorney
    General of the United States, et al.,

23                                         No. 3:17-cv-04701-WHO
                    Defendants.
24

25          1.  I am a Senior Trial Counsel in the Civil Division of the U.S. Department of Justice in

26  Washington, D.C.  I am one of the attorneys responsible for representing the defendants in the

27  above-captioned cases.  This declaration is based on personal knowledge that I obtained in the

28  performance of my official duties.

2.  This declaration is submitted pursuant to Civil Local Rule 7-11(a), to explain why a stipulation could not be obtained from the plaintiff City and County of San Francisco to provide the relief requested in Defendants' Administrative Motion to Strike Certain Exhibits from Plaintiffs' Summary Judgment Motions.  Given that plaintiff State of California has agreed to the relief requested in the motion, this declaration describes only our communications with San Francisco.

3.  On July 13, 2018, I sent a letter to counsel for San Francisco stating that defendants had inadvertently produced certain privileged documents in discovery and asking counsel to return or destroy the documents and proposing to file a joint motion to strike the documents from the public record.  That letter also stated that defendants would ask the Court to seal the subject documents temporarily pending resolution of the motion to strike.  A copy of that letter is Exhibit A hereto.

4.  On July 16, 2018, I received a letter from counsel for San Francisco stating that counsel would sequester the subject documents pending the Court's resolution of the matter but that the City "lack[ed] sufficient information to evaluate [the] claim of privilege" and would respond to the motion to strike after reviewing it.  San Francisco stated, however, that it would not oppose a request to seal the documents temporarily pending the motion to strike.  A copy of that letter is Exhibit B hereto.

5.  On July 18, 2018, I sent a letter to counsel for San Francisco further explaining why the subject documents were privileged and asking the City to reconsider its position on the motion to strike.  A copy of that letter is Exhibit C hereto.

6.  Later on July 19, 2018, I received a letter from counsel for San Francisco stating that counsel would need to review a draft of the proposed joint motion before deciding whether to join it.  A copy of that letter is Exhibit D hereto.

7.  On July 19, 2018, I saw that my co-counsel, Laura Hunt, had sent an email to counsel for San Francisco with a draft of defendants' proposed joint motion to strike the subject documents.  A copy of that email, with its attachment, is Exhibit E hereto.

2

Declaration of W. Scott Simpson
No. 3:17-cv-04642/04701-WHO

8. Later on July 19, 2018, I received an email from counsel for San Francisco declining to agree to the proposed joint motion and stating that the City would decide, after the filing of the motion, whether to file an opposition.  A copy of that email is Exhibit F hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of July, 2018.

/s/ W. Scott Simpson
_____

W. SCOTT SIMPSON
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice

3

Declaration of W. Scott Simpson
No. 3:17-cv-04642/04701-WHO



**U.S. Department of Justice**

Civil Division

Federal Programs Branch

*318 South Sixth Street, Room 244*
*Springfield, Illinois 62701*

---

W. Scott Simpson
*Senior Trial Counsel*

Telephone:  *(202) 514-3495*
Facsimile:  *(217) 492-4888*
Email:      *scott.simpson@usdoj.gov*

July 13, 2018

BY ELECTRONIC MAIL

Lisa Ehrlich (Lisa.Ehrlich@doj.ca.gov)
Lee Sherman (Lee.Sherman@doj.ca.gov)
Sarah Belton (Sarah.Belton@doj.ca.gov)

Mollie Lee (Mollie.Lee@sfcityatty.org)
Aileen McGrath (Aileen.McGrath@sfcityatty.org)
Sara Eisenberg (Sara.Eisenberg@sfcityatty.org)

    Re:    *California v. Sessions*, No. 3:17-cv-04701-WHO (N.D. Cal.);
             *San Francisco v. Sessions*, No. 3:17-cv-04642-WHO (N.D. Cal.)

Dear Counsel:

    This is to notify you, pursuant to Rule 26(b)(5)(B) of the Federal Rules of Civil
Procedure and paragraph 11 of the Court's Protective and 502(d) Order in these actions (CA Dkt.
No. 105, SF Dkt. No. 91), that the defendants inadvertently produced two documents over which
there is a valid claim of privilege. These documents were included with plaintiffs' respective
summary judgment motions filed earlier this week.

    The first document is an internal memorandum from the Acting Assistant Attorney
General to his superior, the Associate Attorney General, stating the sender's views on a question
of law (USDOJ-00020872-20875); it was Exhibit 42 to California's request for judicial notice
(CA Dkt. No. 117-3). An additional instance of the same document, USDOJ-00028402-
00028405, was produced to both parties during the course of discovery. This document is
subject to the deliberative process privilege and the attorney-client privilege. Multiple copies of
this document were marked as privileged and logged during the course of defendants' discovery
processing (*e.g.*, USDOJ-00080135), but the two copies referred to above were inadvertently
marked as not privileged and thus were produced.

    The second document is a draft internal "talking points" document bearing obvious
redline markings and comments by Department of Justice personnel (USDOJ-00054208-54210);
it was Exhibit I to the declaration of Mollie M. Lee in support of San Francisco's summary
judgment motion (SF Dkt. No. 106-9). This document is subject to the deliberative process

**Exhibit A**

privilege.  Multiple copies of this document were marked as privileged and logged during the course of defendants' discovery processing (*e.g.*, USDOJ-00052688), but one copy was inadvertently marked as not privileged and thus was produced.

We request that you immediately refrain from reviewing, copying, or disseminating all of the above referenced documents and that you return or destroy all copies of the documents in your possession.  We further request that you destroy the portions of any other documents or work product generated that use, refer to, or summarize the privileged documents.

Please notify us by 5:00 p.m. PDT on Monday, July 16, that you have received this notice and whether you intend to comply with our claw back of these documents.  If you intend to comply, we would like to file a joint motion in both cases as soon as possible asking the Court to strike and seal Exhibit 42 of California's request for judicial notice and Exhibit I of the declaration of Mollie M. Lee.  If you do not intend to comply, we will file a disputed motion to strike the exhibits and request that the Court temporarily seal them until the dispute is resolved.

Please let us know if you would like to discuss further.  Thank you.

Sincerely,

W. SCOTT SIMPSON
Senior Trial Counsel

LAURA A. HUNT
ANTONIA KONKOLY
Trial Attorneys

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA                          MOLLIE M. LEE
City Attorney                              Deputy City Attorney

                                           Direct Dial:   (415) 554-4290
                                           Email:         mollie.lee@sfcityatty.org

                                                          July 16, 2018

<u>VIA E-MAIL</u>

W. Scott Simpson (Scott.Simpson@usdoj.gov)
Laura A. Hunt (Laura.A.Hunt@usdoj.gov)
Antonia Konkoly (Antonia.Konkoly@usdoj.gov)

        Re:    *San Francisco v. Sessions*, No. 3:17-cv-04642-WHO (N.D. Cal.)

Dear Counsel:

        We are in receipt of your letter dated July 13, 2018, which states that "defendants
inadvertently produced two documents over which there is a valid claim of privilege."  We lack
sufficient information to evaluate your claim of privilege.

        1) Memorandum from the Acting Assistant Attorney General to the Associate Attorney
General (USDOJ-00020872-20875; USDOJ-00028402-00028405): Although you do not note it
in your letter, this document was also attached as Exhibit J to the declaration of Mollie M. Lee in
support of San Francisco's Motion for Summary Judgment. Defendants produced numerous
copies of this memorandum and similar memoranda in their production. We understood this to
reflect a determination by Defendants that these memoranda are not privileged.

        2) "Talking points" document (USDOJ-00054208-54210): This document appears to be a
"post-decisional" record that is not covered by the deliberative process privilege. "[P]ost-
decisional records fall outside the deliberative process privilege if they follow a final decision
and are designed to explain a decision already made." *Lahr v. Natl. Transp. Safety Bd.*, 569 F.3d
964, 981–82 (9th Cir. 2009). The purpose of the deliberative process privilege is to protect the
quality of an agency's decision, and revealing "communications made after the decision and
designed to explain it" likely do not affect a decision's quality. *N. L. R. B. v. Sears, Roebuck &
Co.*, 421 U.S. 132, 152 (1975).

        We would like an opportunity to better understand the basis and authority for your
assertions of privilege, but we understand that this is time-sensitive and we do not wish to delay
your ability to seek court relief. Therefore, we suggest that you file a motion to strike and seal
the exhibits. We would not oppose your request to temporarily seal these documents pending a
final determination of privilege. We will respond to the rest of your motion once we have had an
opportunity to review it. Meanwhile, in light of your notice, we will sequester the documents

FOX PLAZA · 1390 MARKET STREET, FLOOR 6 · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 437-4644

n:\cxlit\li2018\180160\01289988.docx

**Exhibit B**

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to W. Scott Simpson
Page 2
July 16, 2018

designated in your letter and we will not further use or disclose these documents until the Court
has resolved this matter.

Very truly yours,

DENNIS J. HERRERA
City Attorney

MOLLIE M. LEE
Deputy City Attorney

cc:    Sarah Belton (Sarah.Belton@doj.ca.gov)
       Lisa Ehrlich (Lisa.Ehrlich@doj.ca.gov)
       Lee Sherman (Lee.Sherman@doj.ca.gov)



**U.S. Department of Justice**

Civil Division

Federal Programs Branch

*318 South Sixth Street, Room 244*
*Springfield, Illinois 62701*

---

W. Scott Simpson
*Senior Trial Counsel*

Telephone:  *(202) 514-3495*
Facsimile:   *(217) 492-4888*
Email:        *scott.simpson@usdoj.gov*


July 18, 2018


BY ELECTRONIC MAIL

Lisa Ehrlich (Lisa.Ehrlich@doj.ca.gov)
Lee Sherman (Lee.Sherman@doj.ca.gov)
Sarah Belton (Sarah.Belton@doj.ca.gov)

Mollie Lee (Mollie.Lee@sfcityatty.org)
Aileen McGrath (Aileen.McGrath@sfcityatty.org)
Sara Eisenberg (Sara.Eisenberg@sfcityatty.org)

  Re: *California v. Sessions*, No. 3:17-cv-04701-WHO (N.D. Cal.);
    *San Francisco v. Sessions*, No. 3:17-cv-04642-WHO (N.D. Cal.)

Dear Counsel:

  Thank you for your respective responses to our request for a clawback of inadvertently produced privileged documents, as well as our request that you join defendants' planned motion to strike certain of those documents from the plaintiffs' summary judgment motions.  In light of California's bringing to our attention that additional copies of the internal memorandum were produced in discovery, we wish to expand our clawback of documents from both California and San Francisco.  Additionally, this letter addresses San Francisco's questions regarding our privilege assertions, with the goal of obtaining concurrence among all parties regarding the planned motion to strike.

**Expanded Clawback of Inadvertently Produced Privileged Documents**

  In my letter of July 13, 2018, we indicated that the following documents should be clawed back pursuant to the Court's Protective and 502(d) Order:  USDOJ-00020872-00020875; USDOJ-00028402-00028405; and USDOJ-00054208-00054210.

  On July 16, California brought to our attention that several other memoranda similar to USDOJ-00020872-00020875 and USDOJ-00028402-00028405, analyzing other jurisdictions' relevant laws, were also produced during discovery.  Defendants did not intend to waive any applicable privilege over any instance of such memoranda, regardless of the jurisdiction analyzed therein.  All instances of such memoranda were inadvertently produced and should

**Exhibit C**

have been withheld based on the deliberative process and attorney-client privileges.  Therefore, defendants clarify that they also seek to claw back the additional documents cited in California's July 16 letter (USDOJ-00020409-20414; USDOJ-00020447-20452; USDOJ-00020453-20457; and USDOJ-00020568-20573).  Additionally, to the extent that either California or San Francisco is aware of any additional instances of similar memoranda in defendants' document production, we respectfully request that you identify such additional documents and include them in the clawback.  To be clear, we do not request that you affirmatively conduct any additional review of defendants' document production, but only that this clawback include any such additional documents of which you become aware.

Please let us know by 5:00 p.m. PDT tomorrow whether you intend to comply with our expanded clawback.

**<u>Motion to Strike and Seal</u>**

In my letter of July 13, we also asked whether California and San Francisco would voluntarily join a motion to strike certain inadvertently produced privileged documents that were filed on the public docket (namely, Exhibit 42 of California's request for judicial notice and Exhibit I to the declaration of Mollie M. Lee).

In your responses of July 16, California indicated that it would be amenable to joining the proposed motion, but San Francisco requested additional information before determining its position and noted that the same internal memorandum filed as Exhibit 42 to California's request for judicial notice was also Exhibit J to the Lee declaration.  On defendants' understanding, San Francisco's primary objection to clawing back or striking Exhibit J was that multiple instances of the document or similar documents were produced in full.  However, as discussed above, all instances of this document and similar memoranda were inadvertently produced and should have been withheld based on several privilege grounds.  Further, the "talking points" document is not post-decisional, as reflected in the various redlined comments of DOJ personnel weighing in on the decision as to how to frame of the talking points themselves.  Because this document was not final and evidences the decision-making process of the agency, it should have been withheld pursuant to the deliberative process privilege and was inadvertently produced.

In light of the above, we ask that San Francisco reconsider its position and agree to join the defendants and California in the forthcoming motion to strike.

We request that both parties confirm your respective positions on the planned motion by 12:00 p.m. PDT tomorrow.  Upon receiving your final positions, we will promptly circulate a draft motion reflecting those positions for your review.  If possible, we'd like to file the motion no later than close of business tomorrow.

We would be glad to discuss further if you have any questions.  Thank you.

Sincerely,

W. SCOTT SIMPSON
Senior Trial Counsel

LAURA A. HUNT
ANTONIA KONKOLY
Trial Attorneys

3

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA                          MOLLIE M. LEE
City Attorney                              Deputy City Attorney

                                           Direct Dial:   (415) 554-4290
                                           Email:         mollie.lee@sfcityatty.org

                                                   July 18, 2018

<u>VIA E-MAIL</u>

W. Scott Simpson (Scott.Simpson@usdoj.gov)
Laura A. Hunt (Laura.A.Hunt@usdoj.gov)
Antonia Konkoly (Antonia.Konkoly@usdoj.gov)

        Re:    *San Francisco v. Sessions*, No. 3:17-cv-04642-WHO (N.D. Cal.)

Dear Counsel:

        We are in receipt of your letter dated July 18, 2018, regarding Defendants' claw back and
planned motion to strike.  Our responses are noted below.

        **1) Expanded Claw back of Inadvertently Produced Privileged Documents**

        San Francisco will comply with the expanded claw back described in your July 18, 2018,
letter.  Specifically, San Francisco will sequester the additional documents identified in your
letter (USDOJ-00020409-20414; USDOJ-00020447-20452; USDOJ-00020453-20457; and
USDOJ-00020568-20573).  San Francisco will not use or disclose these documents pending a
court ruling on Defendants' forthcoming motion to strike.

        **2) Motion to Strike and Seal**

        You asked that San Francisco join your forthcoming motion to strike certain exhibits
filed in support of San Francisco and California's respective motions for summary judgment.
Before we can decide whether to join, we will need to review the draft motion, including your
citations to authority supporting your claims of privilege.  We will endeavor to review the draft
motion as quickly as possible upon receipt.

                                   Very truly yours,

                                   DENNIS J. HERRERA
                                   City Attorney

                                   MOLLIE M. LEE
                                   Deputy City Attorney

cc:     Sarah Belton (Sarah.Belton@doj.ca.gov)
        Lisa Ehrlich (Lisa.Ehrlich@doj.ca.gov)
        Lee Sherman (Lee.Sherman@doj.ca.gov)

FOX PLAZA · 1390 MARKET STREET, FLOOR 6 · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 437-4644

n:\cxlit\li2018\180160\01290837.docx

**Exhibit D**

**Simpson, Scott (CIV)**

| | |
|---|---|
| **From:** | Hunt, Laura A. (CIV) |
| **Sent:** | Thursday, July 19, 2018 4:34 PM |
| **To:** | Sarah Belton; Lee, Mollie (CAT); Simpson, Scott (CIV); McGrath, Aileen (CAT); Eisenberg, Sara (CAT); Konkoly, Antonia (CIV); Mauler, Dan (CIV) |
| **Cc:** | Lee Sherman; Lisa Ehrlich |
| **Subject:** | RE: Privileged Documents |
| **Attachments:** | DRAFT Motion for Administrative Relief (7-19-18 For Circulation).docx |

Good Afternoon Counsel,

Thank you for your responses.  Please see attached for your review and consideration the draft joint administrative motion to strike certain exhibits from Plaintiffs' summary judgment motions.  We would greatly appreciate feedback by tomorrow at noon PDT.

Laura Hunt
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 616-8207 | laura.a.hunt@usdoj.gov

---

**From:** Sarah Belton [mailto:Sarah.Belton@doj.ca.gov]
**Sent:** Thursday, July 19, 2018 2:40 PM
**To:** Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Simpson, Scott (CIV) <SSimpson@CIV.USDOJ.GOV>; McGrath, Aileen (CAT) <Aileen.McGrath@sfcityatty.org>; Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>; Hunt, Laura A. (CIV) <lhunt@CIV.USDOJ.GOV>
**Cc:** Lee Sherman <Lee.Sherman@doj.ca.gov>; Lisa Ehrlich <Lisa.Ehrlich@doj.ca.gov>
**Subject:** RE: Privileged Documents

Counsel,

California's response letter is attached.

Regards,
Sarah

Sarah E. Belton
Deputy Attorney General
Bureau of Children's Justice
Civil Rights Enforcement Section
California Department of Justice
1515 Clay Street,
Oakland, CA 94612
Tel: (510) 879-0009
Email: Sarah.Belton@doj.ca.gov

**Exhibit E**

1    CHAD A. READLER
     Acting Assistant Attorney General
2    ALEX G. TSE
     United States Attorney
3    JOHN R. TYLER
     Assistant Director
4    W. SCOTT SIMPSON (Va. Bar #27487)
     Senior Trial Counsel
5    LAURA A. HUNT
     ANTONIA KONKOLY
6    DANIEL D. MAULER
     Trial Attorneys
7    Department of Justice, Civil Division
8    318 South Sixth Street, Room 244
     Springfield, Illinois 62701
9    Telephone:      (202) 514-3495
     Facsimile:      (217) 492-4888
10   E-mail:         scott.simpson@usdoj.gov
     COUNSEL FOR DEFENDANTS
11   *(See signature page for parties represented.)*

12

13                  IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17   CITY AND COUNTY OF SAN
     FRANCISCO,                              No. 3:17-cv-04701-WHO
18                                           No. 3:17-cv-04642-WHO
                        Plaintiff,
19
           v.
20                                           **JOINT ADMINISTRATIVE MOTION TO
     JEFFERSON B. SESSIONS III, Attorney     STRIKE CERTAIN EXHIBITS FROM
21   General of the United States, et al.,   PLAINTIFFS' SUMMARY JUDGMENT
                                             MOTIONS**
22                      Defendants.

23

24

25

26

27

28

     Joint Administrative Motion to Strike
     No. 3:17-cv-04642/04701-WHO

STATE OF CALIFORNIA, ex rel.  XAVIER
BECERRA, Attorney General of the State of
California,

                          Plaintiff,
            v.

JEFFERSON B.  SESSIONS III, Attorney
General of the United States, et al.,

                          Defendants.

## I.      INTRODUCTION

Pursuant to Civil Local Rule 7-11, the parties request that the Court strike Exhibit 42 from Plaintiff State of California's Request for Judicial Notice accompanying its Summary Judgment Motion ("Exhibit 42") and Exhibits I and J from the Declaration of Mollie Lee accompanying Plaintiff San Francisco's Summary Judgment Motion ("Exhibits I and J") and not consider either exhibit in its analysis of the Summary Judgment Motions because the exhibits contain privileged information.

## II.     BACKGROUND

Plaintiff State of California filed its Complaint on August 14, 2017 (CA Dkt. 1) and Plaintiff City and County of San Francisco filed its Complaint on August 11, 2017 (SF Dkt. 1). Fact discovery in both of these matters is now closed.  During the course of discovery, Defendants produced thousands of documents to Plaintiffs in response to their respective requests for production of documents.  Two of the documents produced by Defendants to Plaintiffs, USDOJ-00020872-00020875 and USDOJ-00054208-00054210, were used as exhibits to Plaintiffs' summary judgment motions and are at issue in this motion.  The first document (USDOJ-00020872-00020875) was attached as Exhibit 42 of California's Request for Judicial Notice as well as Exhibit J of Mollie Lee's Declaration accompanying San Francisco's Summary

2

Judgment Motion, and the second (USDOJ-00054208-00054210) was attached as Exhibit I to Mollie Lee's declaration.

Upon Defendants' review of Plaintiffs' Summary Judgment Motions, it was discovered that the two above-referenced attachments were inadvertently produced.  The first document, USDOJ-00020872-00020875, is an internal Department of Justice memorandum from the Acting Assistant Attorney General of the Office of Justice Programs to the Associate Attorney General discussing the AAG's views on a question of law.  The second document, USDOJ-00054208-00054210, is an internal DOJ talking points document bearing redlined changes and comments indicating it is a draft.

On July 13, 2018, Defendants sent a letter to Plaintiffs' counsel seeking a clawback of the inadvertently produced privileged documents pursuant to the Court's Protective and 502(d) Order (CA Dkt. 105, SF Dkt. 91) as well as Federal Rule of Civil Procedure 26(b)(5).  Plaintiffs have agreed to comply with Defendants' request to claw back the documents.

**III.   ARGUMENT**

As there is no rule or statute which specifically governs the striking of an exhibit to a Motion for Summary Judgment, the parties seek relief pursuant to Civil Local Rule 7-11, which governs Motions for Administrative Relief.  As stated above, Plaintiffs have filed exhibits to their respective summary judgment motions on the public docket which contain Defendants' privileged information.

A document may be withheld based on the deliberative process privilege if it is "both (1) 'predecisional,' that is, 'generated before to the adoption of agency's policy or decision' and (2) 'deliberative,' meaning that it contains opinions, recommendations or advice about agency policies." *Desert Survivors v. U.S. Dep't of the Interior*, 231 F. Supp. 3d 368, 379 (N.D. Cal. 2017) (citing *FTC v. Warner Communications Inc.*, 742 F.2d 1156, 1161 (9th Cir. 1984)).  The

Joint Administrative Motion to Strike
No. 3:17-cv-04642/04701-WHO

deliberative process privilege protects, among other things, "recommendations, draft documents, proposals, suggestions, and other subjective documents which reflect the personal opinions of the writer rather than the policy of the agency." *Lahr v. NTSB*, 569 F.3d 964, 979 (9th Cir. 2009) (quoting *Assembly of State of Cal. v. U.S. Dep't of Commerce*, 968 F.2d 916, 920 (9th Cir. 1992)).

Both of the documents described above should have been withheld based on the deliberative process privilege. The first document, USDOJ-00020872-00020875, is an internal memorandum between the Acting Assistant Attorney General and his superior, the Associate Attorney General. The document reflects pre-decisional analysis on the compliance of California laws with 8 U.S.C. § 1373.[1] The second document, USDOJ-00054208-00054210, is a draft document containing redlined comments of DOJ personnel in furtherance of the agency's decision concerning the contours of the talking points. Other copies of both of these documents were properly logged as privileged and withheld, but the above-referenced instances of the documents were inadvertently produced.

The above-referenced documents should not be considered by the Court when analyzing the parties' motions for summary judgment and should not be used for any other reason by the parties as they were inadvertently produced.

## IV.   CONCLUSION

The parties respectfully request that the Court strike Exhibit 42 as well as Exhibits I and J from the public docket and not consider either exhibit in its analysis of the Summary Judgment Motions because the exhibits contain privileged information.

---

[1] This document also should have been withheld based on the attorney-client privilege.

Joint Administrative Motion to Strike
No. 3:17-cv-04642/04701-WHO

4

Dated: July 20, 2018

Respectfully submitted,

DENNIS J. HERRERA (CA Bar #139669)          CHAD A. READLER
City Attorney                               Acting Assistant Attorney General
JESSE C. SMITH (CA Bar #122517)
Chief Assistant City Attorney               ALEX G. TSE
RONALD P. FLYNN (CA Bar #184186)            Acting United States Attorney
Chief Deputy City Attorney
YVONNE R. MERÉ (CA Bar #173594)             JOHN R. TYLER
Chief of Complex and Affirmative Litigation Assistant Director


_____            _____
CHRISTINE VAN AKEN (CA Bar #241755)         W. SCOTT SIMPSON (Va. Bar #27487)
TARA M. STEELEY (CA Bar #231775)            Senior Trial Counsel
MOLLIE M. LEE (CA Bar #251404)
SARA J. EISENBERG (CA Bar #269303)          LAURA A. HUNT
AILEEN M. McGRATH (CA Bar #280846)          ANTONIA KONKOLY
Deputy City Attorneys                       DANIEL D. MAULER
City Hall, Room 234                         Trial Attorneys
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602        Department of Justice, Civil Division
Telephone: (415) 554-4748                   318 South Sixth Street, Room 244
Facsimile: (415) 554-4715                   Springfield, Illinois 62701
E-Mail: brittany.feitelberg@sfgov.org       Telephone:    (202) 514-3495
                                            Facsimile:    (217) 492-4888
COUNSEL FOR PLAINTIFF                        E-mail:       scott.simpson@usdoj.gov
CITY AND COUNTY OF SAN                       COUNSEL FOR DEFENDANTS
FRANCISCO
                                            JEFFERSON B. SESSIONS III, Attorney
            ***                             General of the United States; ALAN R.
                                            HANSON, Principal Deputy Assistant
                                            Attorney General; and U.S. DEPART-
                                            MENT OF JUSTICE

5

Joint Administrative Motion to Strike
No. 3:17-cv-04642/04701-WHO

XAVIER BECERRA
Attorney General of California

ANGELA SIERRA
Senior Assistant Attorney General

SATOSHI YANAI
Supervising Deputy Attorney General


_____
SARAH E. BELTON
LISA C. EHRLICH
LEE SHERMAN (SBN 272271)
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone:      (213) 269-6404
Fax:            (213) 879-7605
E-mail:         Lee.Sherman@doj.ca.gov

COUNSEL FOR PLAINTIFF

STATE OF CALIFORNIA, ex rel. XAVIER
BECERRA

## ATTESTATION OF SIGNATURES

I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern

District of California, that concurrence in the filing of this document has been obtained from each

signatory hereto.


_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
COUNSEL FOR DEFENDANTS

6

Joint Administrative Motion to Strike
No. 3:17-cv-04642/04701-WHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                                   Plaintiff,<br><br>               v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al., | |
| STATE OF CALIFORNIA, ex rel.  XAVIER BECERRA, Attorney General of the State of California,<br><br>                         Plaintiff,<br>               v.<br><br>JEFFERSON B.  SESSIONS III, Attorney General of the United States, et al.,<br><br>                         Defendants. | No. 3:17-cv-04701-WHO<br>No. 3:17-cv-04642-WHO |

**[PROPOSED] ORDER**

The parties have filed a Joint Administrative Motion to Strike Certain Exhibits from Plaintiffs' Summary Judgment Motions (Dkt. No. XX).  Having considered the parties' motion and all materials submitted in relation thereto, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1.  The parties' Joint Administrative Motion to Strike Certain Exhibits from Plaintiffs' Summary Judgment Motions is GRANTED; and

2.  Exhibit 42 of Plaintiff State of California's Request for Judicial Notice (part of Dkt. No. 117-3) and Exhibits I and J of the Declaration of Mollie Lee (Dkt Nos. 106-9 &

7

1    106-10) will be stricken from the docket and not be relied upon by the Court or the

2    parties for any purpose in these actions.

3

4                                                              _____

5                                                              Honorable William H. Orrick
                                                               United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

**Simpson, Scott (CIV)**

| | |
|---|---|
| **From:** | Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org> |
| **Sent:** | Thursday, July 19, 2018 6:18 PM |
| **To:** | Hunt, Laura A. (CIV); Sarah Belton; Lee, Mollie (CAT); Simpson, Scott (CIV); McGrath, Aileen (CAT); Konkoly, Antonia (CIV); Mauler, Dan (CIV) |
| **Cc:** | Lee Sherman; Lisa Ehrlich |
| **Subject:** | RE: Privileged Documents |

Laura,

Thank you for providing the draft.  San Francisco does not agree to join this motion at this time.  Once it is filed, we will consider whether or not to file an opposition.

Additionally, we request that you rephrase the sentence that currently reads: "Plaintiffs have agreed to comply with Defendants' request to claw back the documents." In fact, we have agreed to sequester the documents pending the court's resolution of your motion.  Please revise to make this clear.

Thank you,
Sara

Sara J. Eisenberg
Deputy City Attorney
City and County of San Francisco
Fox Plaza 1390 Market Street, Seventh Floor
San Francisco, CA 94102
Phone: (415) 554-3857
Fax:  (415) 554-3985

This message is subject to attorney-client privilege and/or attorney work product privilege and must not be disclosed.

---

**From:** Hunt, Laura A. (CIV) <Laura.A.Hunt@usdoj.gov>
**Sent:** Thursday, July 19, 2018 2:34 PM
**To:** Sarah Belton <Sarah.Belton@doj.ca.gov>; Lee, Mollie (CAT) <Mollie.Lee@sfcityatty.org>; Simpson, Scott (CIV) <Scott.Simpson@usdoj.gov>; McGrath, Aileen (CAT) <Aileen.McGrath@sfcityatty.org>; Eisenberg, Sara (CAT) <Sara.Eisenberg@sfcityatty.org>; Konkoly, Antonia (CIV) <Antonia.Konkoly@usdoj.gov>; Mauler, Dan (CIV) <Dan.Mauler@usdoj.gov>
**Cc:** Lee Sherman <Lee.Sherman@doj.ca.gov>; Lisa Ehrlich <Lisa.Ehrlich@doj.ca.gov>
**Subject:** RE: Privileged Documents

Good Afternoon Counsel,

Thank you for your responses.  Please see attached for your review and consideration the draft joint administrative motion to strike certain exhibits from Plaintiffs' summary judgment motions.  We would greatly appreciate feedback by tomorrow at noon PDT.

**Laura Hunt**
Trial Attorney
United States Department of Justice

1

**Exhibit F**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Plaintiff,<br><br>      v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>            Defendants. | **[PROPOSED] ORDER ON MOTION TO STRIKE EXHIBITS**<br><br><br><br>No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel.  XAVIER BECERRA, Attorney General of the State of California,<br><br>            Plaintiff,<br><br>      v.<br><br>JEFFERSON B.  SESSIONS III, Attorney General of the United States, et al.,<br><br>            Defendants. | <br><br><br><br><br>No. 3:17-cv-04701-WHO |

Defendants have filed an Administrative Motion to Strike Certain Exhibits from Plaintiffs' Summary Judgment Motions (CA Dkt. No. 123, SF Dkt No. 109).  Having considered the motion and all materials submitted in relation thereto, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1.  Defendants' Administrative Motion to Strike Certain Exhibits from Plaintiffs' Summary Judgment Motions is GRANTED; and

2.  Exhibit 42 of Plaintiff State of California's Request for Judicial Notice (part of CA Dkt. No. 117-3) and Exhibits I and J of the Declaration of Mollie M. Lee (SF Dkt.

1        Nos. 106-9 & 106-10) will be STRICKEN from the dockets of these cases and will not

2    be relied upon by the Court or the parties for any purpose in these actions.

3

4    **IT IS SO ORDERED.**

5

6    Dated: _____, 2018

7                                   _____

                                       Honorable William H. Orrick

8                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order: Motion to Strike Exhibits
No. 3:17-cv-04642/04701-WHO