DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>Defendants. | Case No. 3:17-CV-04642-WHO<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO STRIKE CERTAIN EXHIBITS FROM PLAINTIFF'S SUMMARY JUDGMENT MOTION** |

Plaintiff the City and County of San Francisco submits this Statement of Non-Opposition to Defendants' administrative motion to strike ("Motion").

On July 13, 2018, the City received a letter from DOJ stating that defendants had inadvertently produced two allegedly privileged documents: (1) a memorandum from the Acting Assistant Attorney

General to the Associate Attorney General concerning the compliance of California laws with 8 U.S.C. § 1373 (the "Memorandum"); and (2) a "talking points" document with embedded comments.  Upon receiving this letter, the City sequestered the designated documents and agreed that it would not make any further use or disclosure of the documents pending Court resolution of this issue.

Prior to receipt of the July 13, 2018 letter, Plaintiff believed that Defendants had deliberately produced both of these documents.  With respect to the Memorandum, Defendants produced numerous copies of this memorandum and similar memoranda regarding other jurisdictions.  *See* Declaration of Scott Simpson in Support of Defendants' Administrative Motion to Strike Certain Exhibits From Plaintiffs' Summary Judgment Motions ("Simpson Decl."), dkt 109-1 at 6, 8-9.  Plaintiff understood this to reflect a determination by Defendants that these memoranda were not privileged.  With respect to the "talking points," the document appeared to be a "post-decisional" record, and such "records fall outside the deliberative process privilege if they follow a final decision and are designed to explain a decision already made." *Lahr v. Natl. Transp. Safety Bd.*, 569 F.3d 964, 981–82 (9th Cir. 2009); *see also N. L. R. B. v. Sears, Roebuck & Co.*, 421 U.S. 132, 152 (1975) (explaining that the purpose of the deliberative process privilege is to protect the quality of an agency's decision, and revealing "communications made after the decision and designed to explain it" likely do not affect a decision's quality).

The City cited these authorities in a letter to DOJ seeking more information about the basis for its claw back and request to strike.  In response, DOJ cited no authority for its position, and instead stated simply that the document was covered by the deliberative process privilege because it contains "comments of DOJ personnel weighing in on the decision as to how to frame the talking points themselves." *See* Simpson Decl., dkt. 109-1 at 9.

Defendants now seek to strike these documents.  Although the City has questions about whether Defendants have fully stated the basis for the privileges they assert over each document, in the interest of judicial efficiency and economy, and because the exhibits are not critical to Plaintiff's Motion for Summary Judgment, the City does not oppose Defendants' Motion.

//

//

1  Dated: July 23, 2018

2  DENNIS J. HERRERA
   City Attorney

3

4  By: */s/ Sara J. Eisenberg*
   SARA J. EISENBERG
5  Deputy City Attorney

6  Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO