DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, ALAN R. HANSON, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>　　　　Defendants. | Case No. 3:17-CV-04642-WHO<br><br>**DECLARATION OF AILEEN M. McGRATH RELATED TO THE UNOPPOSED ADMINISTRATIVE MOTION TO FILE A DOCUMENT UNDER SEAL**<br><br>Judge:　　　　　Honorable William H. Orrick<br>Hearing Date:　September 5, 2018<br>Time:　　　　　2:00 p.m.<br>Place:　　　　　Courtroom 2, 17th Floor<br><br>Trial Date:　　　January 28, 2019 |

1    I, AILEEN M. McGRATH, hereby declare as follows:

2    1. I am an attorney duly licensed in the State of California. I am a Deputy City Attorney
3  in the San Francisco City Attorney's Office, which is counsel for the City and County of
4  San Francisco, sole plaintiff in the *City and County of San Francisco v. Sessions et al.*, Case No. 3:17-
5  CV-04642-WHO. I have personal knowledge of the facts stated herein and, if called as a witness, I
6  would testify competently thereto.

7    2. I file this declaration in support of Defendants' Unopposed Administrative Motion to
8  File a Document Under Seal (Dkt. No. 111).

9    3. I have reviewed and seek to comply with Northern District of California Civil Local
10 Rule 79-5, as well as Judge Orrick's Standing Order on Administrative Motions to File Under Seal.

11   4. Defendants have moved to file under seal an e-mail between two San Francisco
12 Sheriff's Department deputies attaching a spreadsheet titled "ICE Notification Request." This
13 spreadsheet reflects information that the Sheriff's Department gathered about individuals in its
14 custody. More specifically, it contains columns titled "Req. Date," "Lname," "Fname," "MI," "SF#,"
15 "DOB," "Gender," "ICE ID or A," "Booking," "Current Chgs," "Type Req," "Worksheet?," "Class
16 Review," "Notes," and "HTA." The data in the columns titled "Lname," "Fname," "SF#," "DOB," and
17 "ICE ID or A" was redacted prior to production. The remaining data was not redacted, and the
18 spreadsheet shows the following data: "Req. Date," "MI," "Gender," "Booking," "Current Chgs,"
19 "Type Req," "Worksheet?," "Class Review," "Notes," and "HTA."

20   5. San Francisco designated this document as confidential and joins Defendants' request
21 that it be filed under seal.

22   6. This request is subject to the "compelling reasons" standard because it relates to
23 documents that Defendants intend to file in support of a dispositive motion. *See Kamakana v. City &*
24 *Cty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

25   7. There are compelling reasons to seal the document because it contains information that
26 is "entitled to protection under the law." Civil L.R. 79-5(b). More specifically, the spreadsheet
27 contains confidential criminal offender record information ("CORI"), including confidential
28 information derived from the California Law Enforcement Telecommunications System ("CLETS").

1  CORI and CLETS information may only be shared with recipients that are authorized to receive that
2  information by court order, statute, or decisional law.  *See* Cal. Pen. Code §§ 13100 *et seq*. & 11105;
3  Cal. Gov. Code §§ 15150 *et seq*.; *see also* California Department of Justice CLETS Policies, Practices
4  and Procedures.  San Francisco attempted to redact all identifying information prior to production to
5  Defendants, but it is possible that someone with extraneous data could reverse engineer the redacted
6  spreadsheet and identify the confidential criminal record information contained therein.

7        8.     San Francisco's request is narrowly tailored to the specific document containing this
8  information.

9       I declare under penalty of perjury under the laws of the United States that the foregoing is true
10  and correct and that this declaration was executed on July 31, 2018, at San Francisco, California.

                                                                            */s/ Aileen M. McGrath*
                                                                          AILEEN M. McGRATH