1
2
3
4
5
6
7
8
9
10
11
12

CHAD A.  READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
JOHN R. TYLER
Assistant Director
W.  SCOTT SIMPSON (Va.  Bar #27487)
Senior Trial Counsel
ANTONIA KONKOLY
LAURA HUNT
DANIEL MAULER
Trial Attorneys
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:      (202) 514-3495
Facsimile:      (217) 492-4888
E-mail:      scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

13

IN THE UNITED STATES DISTRICT COURT

14

FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff, | **DEFENDANTS' MOTION FOR ONE- AND TWO-DAY EXTENSIONS OF REPLY DEADLINES** |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General of the United States, et al., | |
| Defendants. | No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel.  XAVIER BECERRA, Attorney General of the State of California, | |
| Plaintiff, | |
| v. | |
| JEFFERSON B.  SESSIONS III, Attorney General of the United States, et al., | No. 3:17-cv-04701-WHO |
| Defendants. | |

Defs' Motion Re: Reply Deadlines
No. 3:17-cv-04642/04701-WHO

Defendants respectfully request, pursuant to Civil Local Rule 6-3, that their deadlines to file their reply briefs in these cases be extended by one day and two days, respectively.  In support hereof, defendants state as follows:

1.  Pursuant to the Court's Order of March 28, 2018 (SF Dkt. No. 87; CA Dkt. No. 100), the remaining summary judgment briefs in these actions are due as follows:

| | |
|---|---|
| California files a consolidated opposition and reply | August 14, 2018 |
| San Francisco files a consolidated opposition and reply | August 15, 2018 |
| Defendants file a reply in support of their motion for summary judgment against California | August 20, 2018 |
| Defendants file a reply in support of their motion for summary judgment against San Francisco | August 22, 2018 |

2.  Because of scheduling issues, the defendants reluctantly seek a two-day extension of their reply deadline in *California v. Sessions*, until August 22, 2018, and a one-day extension of their reply deadline in *San Francisco v. Sessions*, until August 23, 2018.  Defendants' counsel Antonia Konkoly, who will be primarily responsible for the reply in *California*, will be thoroughly occupied with an unrelated case until August 16, two days after California's opposition is due.  The undersigned will be primarily responsible for the reply in *San Francisco*, and will be working on a near-concurrent deadline in an unrelated, fact-intensive case at the same time.  Daniel Mauler intends to assist, but is substantially occupied with other recently filed actions, including a state secrets matter in the Eastern District of Virginia.  Laura Hunt will be out of the office on long-planned personal leave from August 13 through August 27.  The one-day extension of the deadline for the *San Francisco* reply is also sought to avoid simultaneous reply deadlines in the two cases.  In absence of the relief requested, defendants would be substantially harmed in their ability to prepare the reply briefs.

1       3.  Counsel for California has stated that the State takes no position on this request.

2  Counsel for San Francisco has stated that the City will need to review this motion before deciding

3  what position to take.  *See* Declaration of W. Scott Simpson (Attachment 1 hereto).

4       4.  The parties' cross-motions for summary judgment are scheduled for argument on

5  September 5, 2018, and this motion would not affect that scheduling.  Defendants recall the

6  Court's desire that briefing in both of these cases be completed at least two weeks before the

7  argument (SF Dkt. No. 85; CA Dkt. No. 97) and thus request these changes all the more

8  reluctantly because the new deadline for the reply in *San Francisco* would fall thirteen days

9  before the argument date.  The new deadline for defendants' reply in *California* would fall

10  exactly two weeks before the argument date.

11      Accordingly, the defendants respectfully request a two-day extension of their reply

12  deadline in *California* and a one-day extension of their reply deadline in *San Francisco*.  The

13  revised deadlines would be as follows:

| | |
|---|---|
| Defendants file a reply in support of their motion for summary judgment against California | August 22, 2018 |
| Defendants file a reply in support of their motion for summary judgment against San Francisco | August 23, 2018 |

Dated:  August 13, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

Defs' Motion Re: Reply Deadlines
No. 3:17-cv-04642/04701-WHO

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANTONIA KONKOLY
LAURA HUNT
DANIEL MAULER
Trial Attorneys

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:      (202) 514-3495
Facsimile:      (217) 492-4888
E-mail:          scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

JEFFERSON B.  SESSIONS III, Attorney
General of the United States; LAURA L.
ROGERS, Acting Assistant Attorney
General; and U.S. DEPARTMENT OF
JUSTICE

Defs' Motion Re: Reply Deadlines
No. 3:17-cv-04642/04701-WHO

1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                      SAN FRANCISCO DIVISION

11

12    CITY AND COUNTY OF SAN                    **DECLARATION OF W. SCOTT**
      FRANCISCO,                                **SIMPSON IN SUPPORT OF DEFEN-**
13                                              **DANTS' MOTION FOR ONE- AND**
                      Plaintiff,                **TWO-DAY EXTENSIONS OF REPLY**
14              v.                              **DEADLINES**

15    JEFFERSON B. SESSIONS III, Attorney
      General of the United States, et al.,
16
                      Defendants.               No. 3:17-cv-04642-WHO
17

18    STATE OF CALIFORNIA, ex rel.  XAVIER
      BECERRA, Attorney General of the State of
19    California,

20                    Plaintiff,
                v.
21

22    JEFFERSON B.  SESSIONS III, Attorney
      General of the United States, et al.,
23                                              No. 3:17-cv-04701-WHO
                      Defendants.
24

25          1.  I am a Senior Trial Counsel in the Civil Division of the U.S. Department of Justice in

26    Washington, D.C.  I am one of the attorneys responsible for representing the defendants in the

27    above-captioned cases.  This declaration is based on personal knowledge that I obtained in the

28    performance of my official duties.

2.  This declaration is submitted pursuant to Civil Local Rule 6-3, to describe defendants' efforts to obtain a stipulation regarding the relief requested in Defendants' Motion for One- and Tw-Day Extensions of Reply Deadlines.

3.  On August 9, 2018, I sent an email to counsel for the plaintiffs in these cases asking whether they would be willing to stipulate to a two-day extension of defendants' reply deadline in *California v. Sessions* and a one-day extension of defendants' reply deadline in *San Francisco v. Sessions*.

4.  On August 13, 2018, I received an email from counsel for California stating that the State "takes no position" on defendants' request to extend the reply deadlines.

5.  Also on August 13, 2018, I received an email from counsel for San Francisco stating that the City would need to review defendants' motion for extension "before we can decide what position we take."  (On August 10, 2018, San Francisco had stated that the City would not oppose this motion provided (1) that defendants would agree to extend the deadline for plaintiff's opposition/reply from August 15 to August 16, and (2) that defendants' motion for extension were filed no later than 10:00 a.m. Pacific time on August 13.  Defendants were amenable to the first condition but were unable to meet San Francisco's filing deadline, and the City withdrew its non-opposition.)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of August, 2018.


/s/ W. Scott Simpson

_____
W. SCOTT SIMPSON
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice

2

Declaration of W. Scott Simpson
No. 3:17-cv-04642/04701-WHO

1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | **[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR ONE- AND TWO-DAY EXTENSIONS OF REPLY DEADLINES**<br><br><br>No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | No. 3:17-cv-04701-WHO |

Defendants have filed a Motion for One- and Tw-Day Extensions of Reply Deadlines (SF Dkt No. 116; CA Dkt. No. 126).  Having considered the motion and all materials submitted in relation thereto, and good cause having been shown,

Order: Reply Deadlines
No. 3:17-cv-04642/04701-WHO

IT IS HEREBY ORDERED THAT:

    1. Defendants' Motion for One- and Tw-Day Extensions of Reply Deadlines is
GRANTED; and

    2. Defendants' reply briefs shall be due as follows:

| | |
|---|---|
| Defendants file a reply in support of their motion for summary judgment against California | August 22, 2018 |
| Defendants file a reply in support of their motion for summary judgment against San Francisco | August 23, 2018 |

    3. Argument on all dispositive motions remains scheduled for September 5, 2018, at
2:00 p.m.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
Honorable William H. Orrick
United States District Judge

2

Order: Reply Deadlines
No. 3:17-cv-04642/04701-WHO