IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Plaintiff,<br>       v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>                    Defendants. | **ORDER ON DEFENDANTS' MOTION FOR ONE- AND TWO-DAY EXTENSIONS OF REPLY DEADLINES**<br><br><br><br>No. 3:17-cv-04642-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>                    Plaintiff,<br>       v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>                    Defendants. | No. 3:17-cv-04701-WHO |

  Defendants have filed a Motion for One- and Tw-Day Extensions of Reply Deadlines (SF Dkt No. 116; CA Dkt. No. 126).  Having considered the motion and all materials submitted in relation thereto, and good cause having been shown,

Order: Reply Deadlines
No. 3:17-cv-04642/04701-WHO

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion for One- and Two-Day Extensions of Reply Deadlines is GRANTED **in part**; and

2. Defendants' reply briefs shall be due as follows:

| | |
|---|---|
| Defendants file a reply in support of their motion for summary judgment against California | August 22, 2018 |
| Defendants file a reply in support of their motion for summary judgment against San Francisco | August 2**2**, 2018 |

3. Argument on all dispositive motions remains scheduled for September 5, 2018, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  August 13, 2018

_____
Honorable William H. Orrick
United States District Judge