DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
TARA M. STEELEY, State Bar #231775
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, LAURA L. ROGERS, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>Defendants. | Case No. 3:17-CV-04642-WHO<br><br>**DECLARATION OF SHERYL EVANS DAVIS IN SUPPORT OF PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:         Honorable William H. Orrick<br>Hearing Date:  September 5, 2018<br>Time:          2:00 p.m.<br>Place:         Courtroom 2, 17th Floor<br><br>Trial Date:    January 28, 2019 |
|---|---|

DAVIS DECL. ISO CCSF'S OPP. AND REPLY;
CASE NO. 3:17-CV-04642-WHO

I, SHERYL EVANS DAVIS, hereby declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts stated herein and, if called as a witness, I would testify competently thereto.

2. I file this declaration in support of Plaintiff City and County of San Francisco's Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Motion for Summary Judgment.

3. I am the Executive Director of the San Francisco Human Rights Commission ("HRC"). I have held this position since September 2016.

4. Prior to becoming the Executive Director of HRC, I served as an HRC Commissioner between 2011 and 2016, including a tenure as Vice Chair of the Commission.

5. Among other things, HRC is charged with implementing San Francisco's Sanctuary City laws and by assisting the public in filing, mediating, and investigating complaints of non-compliance.

6. I have reviewed the workshop talking points that is attached as Exhibit D to the Declaration of W. Scott Simpson in support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. It is an old, outdated document—which was cut and pasted from even earlier documents—that summarized a prior version of San Francisco's Sanctuary City laws.

7. By March 2017—within weeks of the February 9, 2017 workshop for which Exhibit D was prepared—HRC's materials were updated to accurately reflect San Francisco's revised Sanctuary City laws, which do not prohibit San Francisco employees from sharing information regarding an individual's immigration status with federal immigration authorities.

8. For example, the "Respect and Love Toolkit & Resource Guide," which was issued by HRC in March 2017, accurately summarizes San Francisco's Sanctuary City laws. A true and correct copy of the "Respect and Love Toolkit & Resource Guide" is attached hereto as Exhibit A.

///
///
///

9. Current information about San Francisco's revised Sanctuary City laws is also available on HRC's website at http://sf-hrc.org/how-file-sanctuary-city-ordinance-complaint.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2018 at San Francisco, California.

_____
SHERYL EVANS DAVIS

# EXHIBIT A

# RESPECT
## AND LOVE

## TOOLKIT & RESOURCE GUIDE

### TO ADDRESS ISSUES OF
### HATE, BIAS & DISCRIMINATION

SF_00004733

# OVERVIEW

## ABOUT

This toolkit serves as a practical demonstration of San Francisco's commitment to serve and support all people. These resources are available for those who live in fear stemming from their immigration status and to educate and inform their allies. The toolkit includes ways to identify and find support for newcomers, ensuring that San Francisco is a safe and inclusive city for everyone, offering access to important services geared toward integration and inclusion.

This is a snapshot of the services available in San Francisco; for a more comprehensive look, please visit www.sfgov.org/oceia/immigrant-affairs or call 311 and press 3 for "other services."

## INCLUDED IN THIS GUIDE

1. Information about SF City laws
2. Referral resources for legal education, immigration legal defense, pathways to citizenship, and other important topics
3. How to help support immigrants, undocumented immigrants, and immigrant families



# ABOUT THE SANCTUARY CITY ORDINANCE

## WHAT IS THE SANCTUARY CITY ORDINANCE?

In 1989, San Francisco passed the "City and County of Refuge" Ordinance (also known as the Sanctuary City Ordinance).  The Sanctuary City Ordinance generally prevents City employees from using City funds or resources to help Immigration and Customs Enforcement (ICE) enforce federal immigration law unless it is required by federal or state law.

Later, in 2013, San Francisco passed the "Due Process for All" Ordinance. If someone is in jail in San Francisco, the Due Process for All Ordinance limits when City law enforcement officers may give ICE advance notice that they are being released from jail. It also prevents City law enforcement officers from cooperating with ICE detainer requests, also known as "ICE holds."

## WHAT DOES IT MEAN THAT WE ARE A SANCTUARY CITY?

Under current law, City employees generally may not use City resources to:

- Assist or cooperate with any ICE investigation, detention, or arrest relating to alleged violations of the civil provisions of federal immigration law.
- Ask about immigration status on any application for City benefits, services, or opportunities, except as required by federal or state statute, regulation, or court decision.
- Limit City services or benefits based on immigration status, unless required by federal or state statute or regulation, public assistance criteria, or court decision.
- Provide information about the release status or personal information of any individual, except in limited circumstances when law enforcement may respond to ICE requests for notification about when an individual will be released from custody.
- Detain an individual on the basis of a civil immigration detainer after that individual becomes eligible for release from custody.

Please note that federally-funded programs may have different rules, record-keeping, and reporting requirements.

## WHY DID SAN FRANCISCO ADOPT THE SANCTUARY CITY ORDINANCE?

The Sanctuary Ordinance promotes public trust and cooperation.  It helps keep our communities safe by making sure that all residents, regardless of immigration status, feel comfortable calling

3

SF_00004735

the Police and Fire Departments during emergencies and cooperating with City agencies during public safety situations. It helps keep our communities healthy by making sure that all residents, regardless of immigration status, feel comfortable accessing City public health services and benefit programs.

## IS SAN FRANCISCO THE ONLY SANCTUARY CITY IN THE COUNTRY?

No. In fact, San Francisco is just one of hundreds of cities across the U.S. with sanctuary policies or related law enforcement orders. California and certain other states also have related laws or policies.

## ARE CITY SERVICES AVAILABLE TO ALL?

City employees will not include on any application, questionnaire, or interview form for City services any question regarding immigration status other than those required by federal or state law, regulation, or court decision.

## WHERE CAN I GET MORE INFORMATION?

Brochures on the Sanctuary City Ordinance are available in English, Spanish, Chinese, Vietnamese, and Russian at http://sf-hrc.org/sanctuary-city-ordinance-documents.

The full text of the San Francisco Sanctuary City Ordinance is available in English, Spanish, and Chinese at http://sf-hrc.org/sanctuary-city-ordinance-documents.

To request a Sanctuary City poster in English, Chinese, Russian, Spanish, Tagalog or Vietnamese, please call 311.



4

# WORK TOGETHER

City agencies work together to ensure San Francisco laws are followed. Our partnerships also extend to local nonprofits and other groups. Many of these groups have come together to assist immigrants, undocumented immigrants, and immigrant families. Below are two of these groups, with contact information for each of the agencies that makes up part of the network or collaborative.



## THE SAN FRANCISCO IMMIGRANT LEGAL EDUCATION NETWORK

**SFILEN** represents immigrants from African and Afro-Caribbean, Arab, Asian, and Latino communities. They provide free immigrant legal assistance and community education to low-income immigrants in San Francisco. SFILEN provides services in over 20 languages and dialects and is made up of the following 13 organizations:

**Dolores Street Community Services** (lead agency of SFILEN): 415.282.6209
African Advocacy Network: 415.503.1032
Arab Resource & Organizing Center (AROC): 415.861.7444
Asian Americans Advancing Justice (Asian Law Caucus): 415.896.1701
Asian Pacific Islander Legal Outreach: 415.567.6255
Causa Justa :: Just Cause: 415.487.9203
Central American Resource Center: 415.642.4400
Chinese for Affirmative Action: 415.274.6750
Filipino Community Center: 415.333.6267
La Raza Centro Legal: 415.575.3500
La Raza Community Resource Center: 415.863.0764
Mujeres Unidas y Activas: 415.621.8140
People Organizing to Demand Environmental & Economic Rights (PODER): 415.431.4210



## THE SAN FRANCISCO IMMIGRATION LEGAL DEFENSE COLLABORATIVE

**SFILDC** provides free, high quality, culturally competent legal services on behalf of immigrant children and families. Through direct legal representation, informed advocacy, and technical assistance, SFILDC works together to protect immigrants' rights and ensure that everyone is represented in the judicial process. SFILDC is:

**Central American Resource Center (CARECEN)** (lead agency of SFILDC): 415.642.4400
Asian Pacific Islander Legal Outreach: 415.567.6255
U.C. Hastings Center for Gender & Refugee Studies: 415.565.4877
Dolores Street Community Services: 415.282.6209
Immigration Center for Women & Children: 415.861.1449
Immigration Legal Resource Center: 415.255.9499
Kids in Need of Defense: 202.824.8680
La Raza Centro Legal: 415.575.3500
La Raza Community Resource Center: 415.863.0764
Legal Services for Children: 415.863.3762
Pangea: 415.254.0475
University of San Francisco Legal Clinic: 415.422.6307
San Francisco Bar Association: 415.989.1616




SF_00004737

# HOW DO I FILE A COMPLAINT?

The Human Rights Commission (HRC) investigates complaints under a number of City ordinances, including anti-discrimination ordinances and the Sanctuary City Ordinance. The guidelines below are generally applicable to the HRC complaint process.

## TO FILE A COMPLAINT, CONTACT THE HUMAN RIGHTS COMMISSION
- In person: 25 Van Ness Avenue, 8th Floor, San Francisco, CA 94102
- By phone: (415) 252-2500
- In writing: mail to the address above or send via email to hrc.info@sfgov.org
- Online at http://hrc.sfintranet.firmstep.com/achieveforms-node/discrimination-public-form

## PARTICIPATE IN AN INTAKE INTERVIEW
- Bring any documents you have to support your claim.
- Bring contact information for the complainant (you or the person(s) filing) and respondent (the person(s) or organization(s) that discriminated against you).
- Explain how you were discriminated against and issues you are having as a result.

## DETERMINATION
- HRC staff will interview you to determine if the HRC has jurisdiction to investigate your claims.

## FORMAL COMPLAINT
- Depending on the nature of the case, a letter of concern or a formal complaint can be sent to the respondent, who will be required to respond in writing.

## MEDIATION
- After receiving a response from the respondent, an HRC staff member may attempt to resolve the complaint through mediation.
- Mediation is a free, voluntary and confidential opportunity to reach a mutually-agreeable resolution to the complaint.
- The mediation can occur with all parties in the same room or through separate meetings with the mediator.

## INVESTIGATING AND CLOSING THE CASE
- If mediation is successful and both parties reach an agreement, the HRC will close the case.
- If mediation fails or is rejected by any party, or in cases where mediation is not appropriate, HRC staff may conduct a formal investigation.
- If there is sufficient evidence of a violation, the HRC may issue a Director's Finding of Non-Compliance with the ordinance at issue and may forward it to the Board of Supervisors and the Mayor's Office.

**For more information, contact the HRC.**
Call us at (415) 252-2500; email hrc.info@sfgov.org; or visit www.sf-hrc.org. Thanks for reaching out!

# IF YOU NEED HELP:
# IMMIGRATION-RELATED SERVICES

## SF PATHWAYS TO CITIZENSHIP

The San Francisco Pathways to Citizenship Initiative offers free legal advice, application assistance, language services, fee waiver application assistance, and other multilingual legal services and assessment, as well as fee-waiver and loan assistance, for mix-status families and individuals seeking naturalization.

Citizenship services include large group, one-stop processing, legal screenings and consultations by immigration attorneys, N400 Naturalization application assistance, fee waiver and disability waivers, derivative citizenship applications, trained interpreters and document translation, civic engagement, ESL/naturalization classes, and volunteer training of attorneys and community members.

For additional information on upcoming naturalization workshops, please visit www.sfcitizenship.org; email **sfpathwaystocitizenship@gmail.com**; or call:

English: 415.662.8901
Spanish: 415.662.8902
Cantonese: 415.295.5894
Mandarin: 415.295.5896
Filipino: 415.692.6798
Russian: 415.754.3818

## RAPID RESPONSE SOCIAL SERVICES

**24 Hour Hotline**
San Francisco non-profit organizations staff a 24-hour, multi-lingual hotline to connect City residents impacted by civil immigration enforcement with services, including assistance with gathering client and/or family information and documents, and connecting those individuals to wrap around case managementor crisis response services.

*This is service is only available to San Francisco Residents.*
*To reach the hotline, call: (415) 200-1548.*
*There is Spanish, Arabic and Chinese language capacity.*

## DISCRIMINATION

The San Francisco Human Rights Commission enforces the City's anti-discrimination laws, including the Sanctuary City Ordinance as well as complaints of discrimination in employment, housing and public accommodations. If you believe you have been discriminated against, please call the Human Rights Commission at (415) 252-2500; email hrc.info@sfgov.org; or visit the office at 25 Van Ness Avenue, Room 800, San Francisco, CA 94102; or file an inquiry online at: http://hrc.sfintranet.firmstep.com/achieveforms-node/discrimination-public-form

## MORE RESOURCES

For more information on immigrant and language rights, services and resources, visit www.sfgov.org/oceia; email civic.engagement@sfgov.org; or call 415.581.2360.

SF_00004739

# QUESTIONS AND ANSWERS FOR FAMILIES AFTER THE PRESIDENTIAL ELECTION

**Q: I am a member of the Muslim community and am concerned about how the new federal administration will affect me. Who can I call?**

**A: Contact** the Council on American-Islamic Relations, San Francisco Bay Area Office: (408) 986-9874, http://ca.cair.com/sfba (languages: English, Farces, Urdu, Arabic).

**Q: I am a member of the LGBTQQ community and am worried about how what is happening after the election will affect me. Who can I call?**

**A: Contact** the San Francisco LGBT Center, (415) 865-5555 (languages spoken: English). For youth, call the **LYRIC Center for LGBTQQ Youth**, (415) 703-6150, http://lyric.org, info@lyric.org (languages: English, Spanish, Cantonese, and Tagalog). For the transgender community, call the **Transgender Law Center** helpline at (415) 865-0176 or visit http://transgenderlawcenter.org (languages: English and Spanish).

**Q: I am undocumented, or I have a family member who is undocumented, and I want to know what my rights are as an immigrant. Who can I call?**

**A: Contact these agencies:** San Francisco Immigrant Legal & Education Network (SFILEN): (415) 282-6209, extension 115 or 129, http://sfilen.org (languages: English and Spanish); **African Advocacy Network**, (415) 282-6209, extension 113 or 128, http://aansf.org (languages: English, French, Arabic, Creole, Yoruba, Amharic, Portuguese).

**Q: I want to report a hate crime. Who can I call?**

**A: Contact** the San Francisco District Attorney's Office Hate Crimes Hotline: 415-551-9595 (languages: English, Spanish, Cantonese, Mandarin, Russian and Tagalog).



# QUESTIONS AND ANSWERS FOR FAMILIES AFTER THE PRESIDENTIAL ELECTION

**Q: Can my family access health care services if we are undocumented?**

**A: In San Francisco, Yes.** San Francisco remains committed to health care for all residents. Healthy San Francisco and Healthy Kids offer the full range of health services to San Francisco families at various income levels, including undocumented residents. These programs remain in place. Undocumented immigrants who meet all eligibility requirements may also receive emergency and pregnancy-related medical services and, when needed, state-funded long-term care. And no one, regardless of their immigration status, will be turned away from emergency rooms at San Francisco Hospitals.  For more information on **health care programs**, contact: **Healthy San Francisco**: (415) 615-4555, www.healthysanfrancisco.org; **Healthy Kids**: (415) 777-9992, http://www.sfhp.org/visitors/healthy-kids; **Medi-Cal**: (415) 558-4700, https://www.mybenefitscalwin.org/ or visit 1440 Harrison Street and 1235 Mission Street in San Francisco.

**Q: My family participates in public assistance programs including Medi-Cal, CalFresh and CalWORKs.  Can we still access these programs, even if someone in my family is undocumented?**

**A: Yes.** It is important to remember that undocumented immigrants never qualified for CalFresh, CalWORKs or full healthcare coverage provided by Medi-Cal. CalFresh and CalWORKs are public assistance programs that provide cash aid and nutrition assistance to families who qualify.

If members from your family are currently eligible to participate in Medi-Cal, CalFresh, CalWORKs or other public benefit programs, they are still eligible. There have been no changes to California's public assistance eligibility requirements. The Human Services Agency will continue to process your applications, renewals and provide benefits to you just as it has in the past. This includes all eligibility guidelines and access to benefits for legal permanent residents and clients with qualifying immigration status.

For more information on **Medi-Cal**: http://www.sfhsa.org/102.htm.
For information on **food assistance programs**, call **CalFresh**: (415) 558-4700, http://www.sfhsa.org/143.htm.
For information on **financial assistance**, contact: **CalWORKs**: (415) 557-5100, http://www.sfhsa.org/172.htm (languages: English, Spanish, Vietnamese, Mandarin, Tagalog, Russian).

**Q: I or someone I know is depressed and/or may be suicidal. Is there a crisis line that they can call?**

**A: Yes.** The San Francisco Suicide Prevention Crisis Line has a 24-hour phone service that provides immediate crisis intervention and emotional support.  Call (415) 781-0500.  Over 200 languages spoken.



9

SF_00004741

# HOW CAN I HELP?

## BE AN ALLY

*Ally*: "one that is associated with another as a helper; a person or group that provides assistance and support." – Mirriam-Webster

- Do not engage in hate speech and activities

## STAY INFORMED AND HELP OTHERS

- Listen to those who are feeling threatened about their fears/anxiety
- Attend workshops
- Educate yourself on the issues
- Speak up to friends and families; share truth and not opinions
- Host a workshop or gathering to help people understand the facts
- Put a poster/sign in your window
- Write social media posts celebrating #humansofSF and other stories of humanity. Share stories of the rich diversity and people who come to SF.

## VOLUNTEER

- Help organizations hosting Know Your Rights workshops
- Help distribute materials
- Call organizations helping those feeling threatened and see how you can support their efforts
- If you have special expertise, find an organization that could benefit from your help

## SHOW LOVE!

**For more information on how to help, contact the San Francisco Human Rights Commission.** Call us at 415.252.2500; email hrc.info@sfgov.org; or visit www.sf-hrc.org. Thanks for reaching out!

10

# THANKS

## TO THE SAN FRANCISCO AGENCIES THAT PRODUCED THIS TOOLKIT







Mayor's Office of Housing and Community Development



SFUSD



San Francisco Pathways to Citizenship Initiative

San Francisco Public Library



LANSF

LANGUAGE ACCESS NETWORK OF SAN FRANCISCO



Our Children, Our Families Council



OFFICE OF CIVIC ENGAGEMENT & IMMIGRANT AFFAIRS

Design by Noah Frigault

SF_00004744