1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JESSE C. SMITH, State Bar #122517
   Chief Assistant City Attorney
3  RONALD P. FLYNN, State Bar #184186
   Chief Deputy City Attorney
4  YVONNE R. MERÉ, State Bar #173594
   Chief of Complex and Affirmative Litigation
5  TARA M. STEELEY, State Bar #231775
   SARA J. EISENBERG, State Bar #269303
6  AILEEN M. McGRATH, State Bar #280846
   Deputy City Attorneys
7  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
8  San Francisco, California 94102-4602
   Telephone:    (415) 554-4748
9  Facsimile:    (415) 554-4715
   E-Mail:       brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, LAURA L. ROGERS, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>Defendants. | Case No. 3:17-CV-04642-WHO<br><br>**DECLARATION OF SARA J. EISENBERG IN SUPPORT OF PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:         Honorable William H. Orrick<br>Hearing Date:  September 5, 2018<br>Time:          2:00 p.m.<br>Place:         Courtroom 2, 17th Floor<br><br>Trial Date:    January 28, 2019 |

I, SARA J. EISENBERG, declare as follows:

1. I am an attorney duly licensed in the State of California. I am a Deputy City Attorney in the San Francisco City Attorney's Office, which is counsel for the City and County of San Francisco. I have personal knowledge of the facts stated herein and, if called as a witness, I would testify competently thereto.

2. I file this Declaration in support of Plaintiff City and County of San Francisco's Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Motion for Summary Judgment.

3. Attached hereto as **Exhibit A** is a true and correct copy of a document Bates labeled SF_00005007-5010 that was produced by San Francisco to Defendants.

4. At approximately 2:00pm on Friday, August 10, 2018, I received an email from Scott Simpson stating that, due to a technical error, Defendants had omitted a batch of emails from the search for documents responsive to the City's requests. A true and correct copy of this email is attached hereto as **Exhibit B**.

5. This was the first time that San Francisco learned of this omission.

6. Mr. Simpson's email also stated that DOJ's review of those documents revealed 15 responsive documents that "should be produced in full," as well as several responsive, but privileged documents.

7. DOJ stated that it would produce the documents some time the following week.

8. San Francisco did not receive all of the documents from DOJ until approximately noon on Tuesday, August 14, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 15, 2018 at San Francisco, California.

_____
SARA J. EISENBERG

# EXHIBIT A

| | |
|---|---|
| From: | Whipple, Richard (ADM) <richard.whipple@sfgov.org> |
| Sent: | Thursday, January 19, 2017 1:27 PM |
| To: | Polk, Zoe (HRC) <zoe.polk@sfgov.org> |
| Cc: | Davis, Sheryl (HRC) <sheryl.davis@sfgov.org> |
| Subject: | Toolkit Edits and Additions |
| Attach: | SAN FRANCISCO IMMIGRANT RESOURCES.pdf; Language Access Network Brochures.zip; Background on Sanctuary City_draft revised 1-19-2017.doc |

Hi Zoe,

Great seeing you and Sheryl today! Here are the key pieces we want to make sure are integrated into the toolkit, with some highlighted corrections and changes. SF Pathways and Immigrant Rights & Language Services were already included, but with a few minor adjustments.

---

**SF PATHWAYS TO CITIZENSHIP INITIATIVE:**

**The San Francisco Pathways to Citizenship Initiative is a public/private/nonprofit project that provides free, high-quality legal services through culturally and linguistically competent information and education. Pathway's free workshops offer legal assistance, application assistance, fee waiver and financial assistance, a step-by-step review of the naturalization process, application review by trained attorneys or legal representatives, and application packaging and document preparation.**

For information on upcoming workshops, please call one any of the multilingual hotlines:

- English: 415.662.8901
- Spanish: 415.662.8902
- Cantonese: 415.295.5894
- REMOVED MANDARIN
- Filipino: 415.692.6798
- Russian: 415.754.3818

Website: http://sfcitizenship.org/
Email: sfpathwaystocitizenship@gmail.com

---

**IMMIGRANT AND LANGUAGE RIGHTS, SERVICES AND RESOURCES**
**The Office of Civic Engagement & Immigrant Affairs (OCEIA) is a policy, compliance, direct services and grantmaking office. OCEIA promotes inclusive policies and immigrant assistance programs that lead to full civic, economic and linguistic integration.**
OCEIA's current programs and initiatives include:
- Civic Engagement and Citizenship
- Community Safety
- Day Labor Program/Women's Collective
- Deferred Action/Dream SF Fellows Program
- Immigration Application Fee Assistance Programs
- Integrated Immigrant Services
- Language Access and Services
- San Francisco Immigrant Rights Commission
- We Rise SF – Labor Center for Immigrant Justice

For more information on immigrant and language rights, services and resources, visit

www.sfgov.org/oceia, email: civic.engagement@sfgov.org or call (415) 581.2360.

**DREAM SF: DEFERRED ACTION INITIATIVE:**

The DreamSF: Deferred Action Initiative is an integrated program combining robust outreach to underserved groups, legal and application assistance, and workforce development training for DACA-approved youth. Specifically, the DreamSF Initaive includes free legal and application services for individuals eligible for DACA in addition to the DreamSF Fellowship which provides a paid opportunity for DACA-approved youth to serve San Francisco's immigrant communities while gaining valuable professional experience and training.

**Deferred Action Service Partners Include:**

**Legal Services:**
Asian Pacific Islander Legal Outreach
Catholic Charities CYO of San Francisco
Central American Resource Center
Dolores Street Community Services
International Institute of the Bay Area
La Raza Community Resource Center
La Raza Centro Legal
Legal Services for Children

**Outreach, Education & Know Your Rights:**
Causa Justa: :Just Cause
Chinese for Affirmative Action
Faith in Action
Good Samaritan Family Resource Center
Mujeres Unidas y Activas

**Fee Assistance:**
Mission Asset Fund

For more information on Deferred Action Legal Services or the DreamSF Fellows, please call 415-805-1292 or visit www.dacasf.com

Website: www.dacasf.com
Email: daca4sf@gmail.com

**SF LANGUAGE ACCESS NETWORK:**

The San Francisco Language Access Network (LAN) is a unique multiracial and multicultural collaboration of seven community-based organizations with leadership experience and expertise working in and with many of San Francisco's most vulnerable limited-English proficient (LEP) immigrant communities.  The LAN provides community education and information on language rights and resources in San Francisco, in addition to working with OCEIA and city departments to advance and improve language access and services.

For more information on the Language Access Network, please contact one of the following organizations:

African Advocacy Network - 415-503-1032
Arab Resource & Organizing Center - 415-861-7444

Central American Resource Center - 415-642-4400
Chinese for Affirmative Action - 415-274-6750
Filipino Community Center - 415-333-6267
Mujeres Unidas y Activas - 415-621-8140
PODER - 415-431-4210

Website: http://www.caasf.org/tag/san-francisco-language-access-network/

In terms of additional resources and tools, attaching some other documents Adrienne mentioned, in case they might be useful. These include:

- Sanctuary City & Due Process Overview Document
- San Francisco Immigrant Resources (may not be necessary, as it re-lists many of the same organizations in SFILEN, SFILDC, SF Pathways, etc)
- Language Access Network Brochures in multiple languages (we can probably just link to these from our website)


**Richard Whipple  |  Deputy Director - Programs**
Office of Civic Engagement & Immigrant Affairs | City & County of San Francisco
p: (415) 581-2365 |  OCEIA | Richard.Whipple@sfgov.org
50 Van Ness Avenue | San Francisco, CA 94102
Connect with OCEIA:

**CITY AND COUNTY OF SAN FRANCISCO**
# OFFICE OF CIVIC ENGAGEMENT & IMMIGRANT AFFAIRS
Edwin M. Lee, Mayor                                                                 Adrienne Pon, Executive Director
Naomi Kelly, City Administrator

**Background Information: City and County of San Francisco Immigrant Protection Policies**

Many people talk about San Francisco being a Sanctuary City, but few know exactly what that means. **SF's Sanctuary City policies do NOT mean that federal immigrant enforcement cannot or does not happen in San Francisco.** Instead, the policies provide specific restrictions on how the City can interact with federal immigration authorities.

**Sanctuary City Policy:**

San Francisco is a Sanctuary City and has been since 1989. This means that City departments, agencies, commissions and employees are prohibited from:

- Assisting with the enforcement of federal immigration law.
- Cooperating with foreign government investigations or surveillance.
- Requesting or disseminating information about an individuals' immigration status (except as required by federal or state regulation).
- Conditioning city services or benefits on immigration status (except as required by federal or state regulation).
- Including on any application, questionnaire or interview form used in relation to City services, benefits or opportunities questions regarding to immigration status (except as required by federal or state regulation).

**Due Process for All:**

San Francisco provides specific regulations for law enforcement officials to ensure Due Process for All (passed 2013, amended 2016):

- Federal immigration authorities, under the Priority Enforcement Program, issue notification or detainer requests to local law enforcement agencies, asking that local law enforcement either notify or hold individuals that fall under federal immigration enforcement priority rule.
- Law enforcement agencies are allowed to respond to notification requests only if an individual has been convicted of a violent or serious felony, or numerous other felonies, and has been held to answer to the same.
- Law enforcement agencies should consider evidence of rehabilitation when choosing to respond to hold requests even under these circumstances. This includes, but is not limited to: ties to the community, whether the individual has been a victim of crime, contribution to the community, participation in social services or rehabilitation programs.
- Law enforcement officials shall not arrest or detain an individual, or provide any individual's personal information to a federal immigration officer, on the basis of an administrative warrant, prior deportation order, or other civil immigration document based solely on alleged violations of the civil provisions of immigration laws.

**To file a complaint regarding a violation of the Sanctuary City policy, please contact the Human Rights Commission at 415.252.2517.**

**For general information on immigrant rights and services, contact OCEIA at 415.581.2360 or visit www.sfgov.org/oceia**

# EXHIBIT B

**Eisenberg, Sara (CAT)**

| | |
|---|---|
| **From:** | Simpson, Scott (CIV) <Scott.Simpson@usdoj.gov> |
| **Sent:** | Friday, August 10, 2018 2:07 PM |
| **To:** | Lee Sherman; Sarah Belton; Lisa Ehrlich; McGrath, Aileen (CAT); Eisenberg, Sara (CAT); Steeley, Tara (CAT); Mere, Yvonne (CAT) |
| **Cc:** | Konkoly, Antonia (CIV); Mauler, Dan (CIV); Hunt, Laura A. (CIV) |
| **Subject:** | Discovery |
| **Attachments:** | USDOJ Privilege Log (8-10-18)_CONFIDENTIAL.XLSX |

Counsel:

We recently learned that a technical issue related to the migration of several DOJ components from one email system to another omitted a portion of JMD emails dated 2017 from the search for emails responsive to your discovery requests. The affected JMD emails have been searched and reviewed for responsiveness and privilege, and we have identified 15 documents that should be produced in full and 29 documents that should be withheld in full based on privilege. A privilege log identifying the 29 documents is attached to this email. The 15 documents will be produced to you next week.

Additionally, we identified a few responsive documents that were included in our previous production but did not reflect JMD custodians in the custodian field. Lee Lofthus and Daniel Lucas had the document previously produced as USDOJ-00077310-77312 in their collections. Lee Lofthus had the documents USDOJ-00029655, USDOJ-00024527, USDOJ-00049102 (all withheld as privileged in previous production) in his collection. And Daniel Lucas had the document USDOJ-00017008 (previously withheld as privileged) in his collection. Please let us know if you'd like us to send you an overlay for your database to reflect this updated custodian information.

We want to make clear that OJP emails and custodians were not affected by this issue. Also, although a small number of OLA emails were affected, a search of the OLA emails resulted in no potentially responsive documents.

Scott