1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JESSE C. SMITH, State Bar #122517
    Chief Assistant City Attorney
3   RONALD P. FLYNN, State Bar #184186
    Chief Deputy City Attorney
4   YVONNE R. MERÉ, State Bar #173594
    Chief of Complex and Affirmative Litigation
5   TARA M. STEELEY, State Bar #231775
    SARA J. EISENBERG, State Bar #269303
6   AILEEN M. McGRATH, State Bar #280846
    Deputy City Attorneys
7   City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
8   San Francisco, California 94102-4602
    Telephone:     (415) 554-4748
9   Facsimile:     (415) 554-4715
    E-Mail:        brittany.feitelberg@sfcityatty.org
10
    Attorneys for Plaintiff
11  CITY AND COUNTY OF SAN FRANCISCO

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  CITY AND COUNTY OF SAN                    Case No. 3:17-CV-04642-WHO
    FRANCISCO,
                                              **DECLARATION OF MARC P. HANSEN IN**
17          Plaintiff,                        **SUPPORT OF PLAINTIFF CITY AND**
                                              **COUNTY OF SAN FRANCISCO'S**
18          vs.                               **OPPOSITION TO DEFENDANTS' MOTION**
                                              **FOR SUMMARY JUDGMENT AND REPLY**
19  JEFFERSON B. SESSIONS III, Attorney       **TO DEFENDANTS' OPPOSITION TO**
    General of the United States, LAURA L.    **MOTION FOR SUMMARY JUDGMENT**
20  ROGERS, Acting Assist. Attorney General of
    the United States, UNITED STATES          Judge:          Honorable William H. Orrick
21  DEPARTMENT OF JUSTICE, DOES 1-100,        Hearing Date:   September 5, 2018
                                              Time:           2:00 p.m.
22          Defendants.                       Place:          Courtroom 2, 17th Floor

23                                            Trial Date:     January 28, 2019

24

25

26

27

28

I, Marc P. Hansen, declare as follows.

1.      I am the County Attorney for Montgomery County, Maryland.  I am a resident of the State of Maryland.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to the matters set forth below.  I file this declaration in support of Plaintiff City and County of San Francisco's Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition to Motion for Summary Judgment.

2.      Montgomery County applied for a grant from the 2017 Byrne JAG Grant program. Montgomery County sought funds to pay for rifles and its Automated License Plate Recognition program for use by the Montgomery County Police Department.  Acquiring the rifles and funding the Automated License Plate Recognition program is important for the safety and security of Montgomery County residents.

3.      On June 26, 2018, Montgomery County's grant application was approved and the County was awarded $149,232.  The grant award was conditioned on the County Executive and the County Attorney certifying that the Police Department complies with 8 U.S.C. § 1373 ("Section 1373"), and the Notice and Access conditions at issue in this litigation.

4.      Although the Montgomery County Police Department complies with the plain language of Section 1373, because it does not prohibit County police officers from sending or receiving information regarding citizenship or immigration status, Montgomery County declined to accept the grant award rather than execute the required certifications.  Montgomery County's policy is not to inquire about an individual's immigration status, nor does the County conduct immigration enforcement or investigations.  The County believes that this is the right balance for Montgomery County.

5.      A nationwide injunction preventing the DOJ from imposing as a condition of accepting the grant certification with compliance with Section 1373 would make it possible for the County to accept the grant.  Montgomery County has concluded that the Notice and Access conditions are not applicable to the program or activity that received the Byrne JAG award.

1    I declare under penalty of perjury that the foregoing is true and correct and that this declaration

2  was executed on August *13*, 2018 at *Rockville, Maryland.*

3

4

5                                                          *Marc P. Hansen*

6                                                          Marc P. Hansen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28