CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
ANTONIA KONKOLY
LAURA HUNT
DANIEL MAULER
Trial Attorneys
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:    (202) 514-3495
Facsimile:    (217) 492-4888
E-mail:       scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | No. 3:17-cv-04642-WHO<br><br>**OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCLUDE EVIDENCE** |

Defendants respond as follows to Plaintiff's Administrative Motion to Exclude Evidence Pursuant to Federal Rule of Civil Procedure 37(c)(1) (Dkt. No. 128):

1. Plaintiff has moved to exclude the declarations of Francisco Madrigal of U.S. Immigration and Customs Enforcement and Marilynn B. Atsatt of the Office of Justice Programs, which defendants submitted with their motion for summary judgment in this action on August 1, 2018 (Dkt. Nos. 113-1, 113-3). Plaintiff complains that defendants did not identify those

declarants as potential witnesses under Rule 26(a)(1) of the Federal Rules of Civil Procedure before the close of discovery, thus depriving the plaintiff of an opportunity to seek information from them during the discovery period (Dkt. No. 128 at 4).

2. Plaintiff's own actions in this case contradict the basis of its motion. On August 14, 2018, the day before San Francisco filed its opposition to defendants' motion for summary judgment (and its motion to exclude defendants' declarations), plaintiff served Supplemental Initial Disclosures on the defendants (Attachment 1 hereto). Those supplemental disclosures listed seven individuals who were not included in plaintiff's Initial Disclosures in this action (Attachment 2 hereto),[1] and whose declarations the plaintiff submitted with its summary judgment opposition the next day (Dkt. Nos. 120, 121, 123, 124, 125, 126, 127).

3. San Francisco cannot complain of the same "harm" that the City has inflicted upon the defendants (Dkt. No. 128 at 4). Plaintiff's identification of its new declarants after the close of discovery – and on the eve of filing their declarations – deprived the defendants of an opportunity to seek discovery from those witnesses. The fact that the plaintiff identified those individuals immediately before filing its opposition to defendants' motion for summary judgment, rather than waiting until after filing its opposition, made no difference in the conduct of this action.

4. Similarly, the fact that defendants failed to identify Mr. Madrigal and Ms. Atsatt as potential witnesses the day before filing their motion for summary judgment made no difference in the conduct of this action.[2] If defendants had, like the plaintiff, served supplemental disclosures the day before filing their motion for summary judgment, that timing would not have affected the plaintiff's position. Therefore, defendants' failure to do so was harmless based on the standard set by plaintiff's own conduct. *See* Fed. R. Civ. P. 37(c)(1).

Accordingly, the Court should deny plaintiff's motion to exclude the declarations of Francisco Madrigal and Marilynn B. Atsatt.

An appropriate proposed order accompanies this opposition.

---

[1] Two of those seven witnesses were rebuttal witnesses.
[2] Defendants served Supplemental Initial Disclosures identifying these individuals on August 15, 2018 (Attachment 3 hereto).

Dated: August 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson

W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

ANTONIA KONKOLY
LAURA HUNT
DANIEL MAULER
Trial Attorneys

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:   (202) 514-3495
Facsimile:   (217) 492-4888
E-mail:      scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

JEFFERSON B. SESSIONS III, Attorney General of the United States; LAURA L. ROGERS, Acting Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br>    v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>    Defendants. | No. 3:17-cv-04642-WHO<br><br>**ORDER** |

The plaintiff has filed an Administrative Motion to Exclude Evidence Pursuant to Federal Rule of Civil Procedure 37(c)(1) (Dkt. No. 128). Having considered plaintiff's motion and all materials submitted in relation thereto, it is hereby ordered that Plaintiff City and County of San Francisco's Administrative Motion to Exclude Evidence Pursuant to Federal Rule of Civil Procedure 37(c)(1) is DENIED.

**IT IS SO ORDERED**.

Dated: _____, 2018

_____
William H. Orrick
United States District Judge

Order Denying Motion to Exclude Evidence
No. 3:17-cv-04642-WHO