DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
TARA M. STEELEY, State Bar #231775
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:          brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, LAURA L. ROGERS, Acting Assist. Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>    Defendants. | Case No. 3:17-CV-04642-WHO<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br>Trial Date:            January 28, 2019 |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN that Deputy City Attorney Mollie M. Lee is no longer counsel of record for Plaintiff CITY AND COUNTY OF SAN FRANCISCO in this case.

1 | Please remove the following from your service list:

      MOLLIE M. LEE  
      Deputy City Attorney  
      1 Dr. Carlton B. Goodlett Place  
      City Hall, Room 234  
      San Francisco, California 94102-4682  
      Telephone:  (415) 554-4290  
      Facsimile:  (415) 554-4699  
      E-Mail:  mollie.lee@sfcityatty.org

The Office of the City Attorney and the remaining listed counsel remain counsel of record for Plaintiff.

Dated: August 27, 2018

      DENNIS J. HERRERA  
      City Attorney  
      RONALD FLYNN  
      JESSE C. SMITH  
      YVONNE R. MERÉ  
      TARA M. STEELEY  
      SARA J. EISENBERG  
      AILEEN M. McGRATH

      Deputy City Attorneys

      By: */s/ Sara J. Eisenberg*  
      SARA J. EISENBERG  
      Deputy City Attorney

      Attorneys for Plaintiff  
      CITY AND COUNTY OF SAN FRANCISCO