UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** September 5, 2018 | **Time:** 59 minutes<br>2:05 p.m. to 3:04 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-04642-WHO<br>17-cv-4701-WHO | **Case Name:** City & County of San Francisco v. Sessions and State of California v. Sessions | |

**Attorneys for City:** Yvonne R. Mere, Sara J. Eisenberg and Ronald P. Flynn
**Attorneys for State:** Lee I. Sherman and Sarah E. Belton
**Attorneys for Defendant:** Chad A. Readler, W. Scott Simpson and Sara Winslow

**Deputy Clerk:** Jean Davis            **Court Reporter:** Debra Pas

PROCEEDINGS

Parties appear for hearing as to motions for summary judgment. The Court reviews recent related decisions and summarizes tentative opinions. Argument of counsel heard. Motions taken under submission; written order to follow.