1
2
3
4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   CITY AND COUNTY OF SAN                    Case No.17-cv-04642-WHO
    FRANCISCO,
8                                             **JUDGMENT AND ORDER**
                     Plaintiff,
9
           v.
10
    JEFFERSON BEAUREGARD SESSIONS,
11  et al.,

12                   Defendants.

13         On October 5, 2018, I granted plaintiff's motion for summary judgment and denied

14  defendants' motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 58, I

15  hereby ENTER judgment in favor of plaintiff and against defendants, and grant the following

16  relief as set forth below.

17                                **DECLARATION**

18         I find declaratory relief under 28 U.S.C. § 2201 is appropriate in this case.  It is hereby

19  DECLARED that:

20         1.  The 8 U.S.C. § 1373 certification condition and the access and notice conditions for

21             Byrne JAG grant funding are unconstitutional because they: (i) exceed the

22             congressional authority conferred to the Executive Branch; and (ii) they exceed the

23             Congress's spending powers under Article I of the Constitution to the extent

24             Congress conferred authority to the Attorney General.

25         2.  San Francisco's Chapters 12H and 12I of the San Francisco Administrative Code

26             comply with 8 U.S.C. § 1373.

27         3.  San Francisco does not have in place a prohibition or restriction that applies to any

28             program or activity funded under the Byrne JAG program, and which deals with

United States District Court
Northern District of California

sending to, receiving from, or requesting immigration status information with the federal government, or maintaining such information.

## PERMANENT INJUNCTION

I also find a permanent injunction is appropriate in this case for the reasons stated in the October 5, 2018, Order granting plaintiff's motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 65, it is now ORDERED that defendants ARE HEREBY RESTRAINED AND ENJOINED from committing, performing, directly or indirectly, the following acts:

1. Using the Section 1373 certification condition, and the access and notice conditions ("Challenged Conditions") as funding restrictions for any Byrne JAG awards.

2. Denying or clawing back San Francisco Byrne JAG funding on the basis of alleged non-compliance with Section 1373.

Consistent with my October 5, 2018 Order granting plaintiff's motion for summary judgment, it is now ORDERED that the nationwide aspect of the permanent injunctive relief set forth above is STAYED until the Ninth Circuit has the opportunity to consider it.

**IT IS SO ORDERED.**

Dated: October 5, 2018

WILLIAM H. ORRICK
United States District Judge