JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:   (202) 514-3495
Facsimile:   (217) 492-4888
E-mail:        scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

MATTHEW G. WHITAKER, Acting Attorney General of the United States; MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br>MATTHEW G. WHITAKER,[1] Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 3:17-cv-04642-WHO<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that the defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Judgment and Order dated October 5, 2018

---

[1] Matthew G. Whitaker is substituted for Jefferson B. Sessions III as a defendant herein pursuant to Federal Rule of Civil Procedure 25(d).

Defendants' Notice of Appeal
No. 3:17-cv-04642-WHO

(Docket No. 146), and from all earlier rulings and interlocutory orders on which the Judgment and Order was based or that merged into it.

Dated:  December 3, 2018

                                              Respectfully submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              ALEX G. TSE
                                              United States Attorney

                                              JOHN R. TYLER
                                              Assistant Director

                                              /s/ W. Scott Simpson
                                              _____
                                              W. SCOTT SIMPSON (Va. Bar #27487)

                                              Department of Justice, Civil Division
                                              318 South Sixth Street, Room 244
                                              Springfield, Illinois 62701
                                              Telephone:   (202) 514-3495
                                              Facsimile:    (217) 492-4888
                                              E-mail:        scott.simpson@usdoj.gov

                                              COUNSEL FOR DEFENDANTS

                                              MATTHEW G. WHITAKER, Acting Attorney General of the United States; MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

2

Defendants' Notice of Appeal
No. 3:17-cv-04642-WHO