UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 04 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff - Appellee,<br><br>  v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>　　　　Defendants - Appellants. | No. 18-17308<br><br>D.C. No. 3:17-cv-04642-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　Plaintiff - Appellee,<br><br>  v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>　　　　Defendants - Appellants. | No. 18-17311<br><br>D.C. No. 3:17-cv-04701-WHO<br>U.S. District Court for Northern California, San Francisco |

The judgment of this Court, entered July 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7