# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 13, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  William P. Barr, Attorney General, et al.
     v. City and County of San Francisco, California, et al.
     No. 20-666
     (Your No. 18-17308, 18-17311)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 13, 2020 and placed on the docket November 13, 2020 as No. 20-666.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk