# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

March 4, 2021

Mrs. Elizabeth B. Prelogar, Esq.
Acting Solicitor General
U. S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D. C. 20530-0001

Re: **Wilkinson, Acting Attorney General v. City and County of San Francisco, California, et al.,**
No. 20-666

Dear Counsel:

Attached are certified copies of the joint stipulation of dismissal of the petition for writ of certiorari, filed on March 4, 2021, and the order of dismissal pursuant to Rule 46.1 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By Herve' Bocage

Herve' Bocage
Assistant Clerk

Enc.
cc:     Clerk, USCA for the Ninth Circuit
        (Your docket Nos. 18-17308, 18-17311)

# Supreme Court of the United States

No. 20-666

ROBERT M. WILKINSON, ACTING ATTORNEY GENERAL, ET AL.,

Petitioners

v.

CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL.

(04 Mar. 2021). The foregoing joint stipulation of dismissal of the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46.1 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States
By:

*[signature: Danny Bickell]*

Danny Bickell
Deputy Clerk

*[Seal of the Supreme Court of the United States]*

A true copy. SCOTT S. HARRIS
  -Test-
Clerk of the Supreme Court of the United States
By: *[signature: Danny Bickell]*

Supreme Court, U.S.
FILED
MAR - 4 2021
OFFICE OF THE CLERK

IN THE SUPREME COURT OF THE UNITED STATES

No. 20-666

ROBERT M. WILKINSON, ACTING ATTORNEY GENERAL, ET AL., PETITIONERS

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.

ON PETITION FOR A WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JOINT STIPULATION TO DISMISS

Pursuant to Rule 46.1 of the Rules of this Court, all parties respectfully stipulate that this case be dismissed. No fees are due to the Clerk, and each party will bear its own costs.

Respectfully submitted.

ELIZABETH B. PRELOGAR
Acting Solicitor General
United States Department of Justice
Washington, D.C. 20530-0001
SupremeCtBriefs@usdoj.gov
(202) 514-2217

Counsel for Petitioners

A true copy, SCOTT S. HARRIS
Clerk of the Supreme Court of the United States
By: [signature]

RECEIVED
MAR - 4 2021
OFFICE OF THE CLERK
SUPREME COURT, U.S.

2

_____
SARA J. EISENBERG
Deputy City Attorney
San Francisco City Attorney's Office
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
sara.eisenberg@sfcityatty.org
(415) 554-4633

Counsel for Respondent
City and County of San Francisco

_[signature]_

SAMUEL P. SIEGEL
Deputy Solicitor General
California Department of Justice
1300 I Street
Sacramento, CA  95814
Sam.Siegel@doj.ca.gov
(916) 210-6269

Counsel for Respondent
State of California ex rel.
Xavier Becerra, Attorney General

MARCH 4, 2021